UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2003 NOV 10 P 4: 35

US DISTRICT COURT
BRIDGEPORT CT

DWAYNE BASEY A/K/A
DAMIEN RODRIGUEZ

v.

CITY OF HARTFORD, E T AL.

PRISONER
CIVIL NO: 3:01CV1576 (JCH) (HBF)

### APPOINTMENT OF PRO BONO COUNSEL

Pursuant to Local Rule 29 and at the Court's request, <u>Norman A. Pattis, Esquire of Williams & Pattis, 51 Elm Street, New Haven, Connecticut 06510, Tel: (203) 562-9931</u> is appointed as counsel for the plaintiff, <u>Dwayne Basey</u>, in the above-captioned case. Counsel is directed to contact the above-named plaintiff as soon as possible and file a <u>pro bono</u> appearance in this case.

Dated at Bridgeport, Connecticut this 10th day of November, 2003.

KEVIN F. ROWE, Clerk
By

Cynthia Earle,
Staff Attorney