# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

DWAYNE BASEY A/K/A
DAMIEN RODRIGUEZ

V

CITY OF HARTFORD, ET AL

**PRO BONO APPEARANCE**

FILED

2003 DEC -2  P 12: 10

US [...]

**CASE NUMBER:**
3:01CV1576 (JCH) (HBF)

To the Clerk of this court and all parties of record:

Enter my appearance as Pro Bono Counsel in this case for:

DWAYNE BASEY

---

11/28/03
Date

ct13120
Connecticut Federal Bar Number

203.562.9931
Telephone Number

Signature

Norman A. Pattis
Print or Type Name

Williams and Pattis, LLC
Firm Name

51 Elm St., Ste. 409
Address

New Haven        CT      06510
City            State    Zip Code

## CERTIFICATE OF SERVICE

This is to certify that copies of this appearance have been mailed/handed on this date to counsel of record as listed below:

Brian P. Leaming, Esq.
Halloran & Sage
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)