UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DWAYNE BASEY | : | |
| Plaintiff | : | |
| | : | CIVIL ACTION NO. |
| v. | : | 3-01-cv-1576 (JCH) |
| | : | |
| CITY OF HARTFORD, ET AL | : | |
| Defendants | : | NOVEMBER 24, 2003 |

### REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Holly B. Fitzsimmons for the following purpose:

\_\_\_\_ All purposes except trial, unless the parties consent to trial before the magistrate judge (orefcs.)

\_\_\_\_ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

\_\_\_\_ To supervise discovery and resolve discovery disputes (orefmisc./dscv)

\_\_\_\_ A ruling on the following motions which are currently pending (orefm.):

__√__ A settlement conference (orefmisc./cnf)

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 24th day of November, 2003.

_____
Janet C. Hall
United States District Judge