FILED

2004 JAN -9 P 12: 31

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DWAYNE BASEY;<br>Plaintiff | CIVIL ACTION NO.<br>3:01CV1576 (JCH) |
| VS. | |
| CITY OF HARTFORD;<br>MAYOR MICHAEL P. PETERS;<br>HARTFORD POLICE DEPARTMENT;<br>DEBORAH BARROWS, HARTFORD<br>POLICE DRUG/NARCOTIC TASK<br>FORCE; SERGEANT CHRIS LYONS;<br>Defendants | JANUARY 7, 2004 |

### MOTION TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. Civ. R. 7(e), the undersigned respectfully moves to withdraw his appearance on behalf of the defendants, City of Hartford, Mayor Michael Peters, Hartford Police Department, Deborah Barrows, Sergeant Chris Lyons, Hartford Chief of Police Bruce P. Marquis, Detective Anthony Battistone, Detective Alfred Henderson, Detective Fernino and Officer Champion, in the above-captioned matter, as the undersigned will no longer be engaged in the practice of law with this firm after January 7, 2004. The defendants continue to be represented by James J. Szerejko of Halloran & Sage LLP, who is filing an appearance contemporaneous with this motion.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

WHEREFORE, the undersigned respectfully requests that this Motion to Withdraw Appearance be granted.

        DEFENDANTS,
        CITY OF HARTFORD;
        MAYOR MICHAEL PETERS;
        SERGEANT CHRIS LYONS
        HARTFORD CHIEF OF POLICE
        BRUCE P. MARQUIS,
        DETECTIVE ANTHONY
        BATTISTONE, DETECTIVE
        ALFRED HENDERSON,
        DETECTIVE FERNINO AND
        OFFICER CHAMPION

BY: _____
Brian P. Leaming
Fed. Bar No. ct 16075
HALLORAN & SAGE LLP
One Goodwin Square
Hartford, CT 06103
Tele: (860) 522-6103

- 2 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

This is to certify that on this 7th day of January, 2004, the foregoing was either mailed, postpaid, or hand-delivered to:

Norman A. Pattis, Esq.
Williams & Pattis
51 Elm Street
New Haven, CT 06510

**cc:   *via certified mail:***

Mayor Michael Peters
249 Newbury Street
Hartford, CT 06114

Chief of Police Bruce P. Marquis
Hartford Police Department
50 Jennings Road
Hartford, CT 06120

Sergeant Chris Lyons
Hartford Police Department
50 Jennings Road
Hartford, CT 06120

Detective Anthony Battistone
Hartford Police Department
50 Jennings Road
Hartford, CT 06120

Detective Alfred Henderson
Hartford Police Department
50 Jennings Road
Hartford, CT 06120

Detective Fernino
Hartford Police Department
50 Jennings Road
Hartford, CT 06120

Officer Champion
Hartford Police Department
50 Jennings Road
Hartford, CT 06120

Brian P. Leaming

499744.1(HS-FP)

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105