```
                                              FILED

                                        2004 JAN -9  P 12: 31

           UNITED STATES DISTRICT COURT  US DISTRICT COURT
                 DISTRICT OF CONNECTICUT     BRIDGEPORT CT
```

| | |
|---|---|
| DWAYNE BASEY; | : |
|     Plaintiff | :    CIVIL ACTION NO. |
| | :    3:01CV1576 (JCH) |
| VS. | : |
| | : |
| CITY OF HARTFORD; | : |
| MAYOR MICHAEL P. PETERS; | : |
| HARTFORD POLICE DEPARTMENT; | : |
| DEBORAH BARROWS, HARTFORD | : |
| POLICE DRUG/NARCOTIC TASK | : |
| FORCE; SERGEANT CHRIS LYONS; | :    JANUARY 7, 2004 |
|     Defendants | : |

### APPEARANCE

Enter my appearance as Attorney for the defendants, City of Hartford, Mayor Michael Peters, Hartford Police Department, Deborah Barrows, Sergeant Chris Lyons, Hartford Chief of Police Bruce P. Marquis, Detective Anthony Battistone, Detective Alfred Henderson, Detective Fernino and Officer Champion, in the above-entitled.

---

One Goodwin Square  **HALLORAN**  Phone (860) 522-6103
225 Asylum Street  **& SAGE LLP**  Fax (860) 548-0006
Hartford, CT 06103  Juris No. 26105

DEFENDANTS,
CITY OF HARTFORD;
MAYOR MICHAEL PETERS;
SERGEANT CHRIS LYONS
HARTFORD CHIEF OF POLICE
BRUCE P. MARQUIS,
DETECTIVE ANTHONY
BATTISTONE, DETECTIVE
ALFRED HENDERSON,
DETECTIVE FERNINO AND
OFFICER CHAMPION

BY: _____
James J. Szerejko
Fed. Bar No. ct 04326
HALLORAN & SAGE LLP
One Goodwin Square
Hartford, CT 06103
Tele: (860) 522-6103

### CERTIFICATION

This is to certify that on this 7th day of January, 2004, the foregoing was either mailed, postpaid, or hand-delivered to:

Norman A. Pattis, Esq.
Williams & Pattis
51 Elm Street
New Haven, CT 06510

_____
James J. Szerejko

499741.1(HS-FP)

- 2 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105