FILED

2004 JAN 15 P 12: 21

US DISTRICT COURT
BRIDGEPORT CT

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| DWAYNE BASEY<br>　　　Plaintiff | :<br>: CIVIL ACTION NO.<br>: 3:01CV1576 (JCH) |
| VS. | : |
| CITY OF HARTFORD,<br>MAYOR MICHAEL PETERS,<br>HARTFORD POLICE DEPARTMENT,<br>DEBORAH BARROWS, HARTFORD<br>POLICE DRUG/NARCOTIC TASK<br>FORCE; SERGEANT CHRIS LYONS<br>　　　Defendants | :<br>:<br>:<br>:<br>:<br>: JANUARY 12, 2004<br>: |

## APPEARANCE

Please enter my appearance as Attorney for the defendants, City of Hartford, Mayor Michael Peters, Hartford Police Department, Deborah Barrows, Sergeant Chris Lyons, Hartford Chief of Police Bruce P. Marquis, Detective Anthony Battistone, Detective Alfred Henderson, Detective Fernino and Officer Champion, in the above-entitled action.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

**HALLORAN**
**& SAGE LLP**

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

DEFENDANTS,
CITY OF HARTFORD, MAYOR
MICHAEL PETERS, HARTFORD
POLICE DEPARTMENT,
DEBORAH BARROWS,
SERGEANT CHRIS LYONS,
HARTFORD CHIEF OF POLICE
BRUCE P. MARQUIS,
DETECTIVE ANTHONY
BATTISTONE, DETECTIVE
ALFRED HENDERSON,
DETECTIVE FERNINO AND
OFFICER CHAMPION

BY: *[signature]*
Eric P. Daigle
Fed. Bar No. ct 23486
HALLORAN & SAGE LLP
One Goodwin Square
Hartford, CT 06103
Tel: (860) 522-6103

- 2 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

This is to certify that on this 12th day of January, 2004, a copy of the foregoing Appearance was mailed, postage prepaid, to:

Norm A. Pattis, Esquire
Williams & Pattis
51 Elm Street
New Haven, CT 06510

*[signature]*
Eric P. Daigle

502390.1(HS-FP)

- 3 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105