FILED

2004 JAN -9  P 12: 31

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DWAYNE BASEY;
    Plaintiff

VS.

CITY OF HARTFORD;
MAYOR MICHAEL P. PETERS;
HARTFORD POLICE DEPARTMENT;
DEBORAH BARROWS, HARTFORD
POLICE DRUG/NARCOTIC TASK
FORCE; SERGEANT CHRIS LYONS;
    Defendants

CIVIL ACTION NO.
3:01CV1576 (JCH)

JANUARY 7, 2004

## MOTION TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. Civ. R. 7(e), the undersigned respectfully moves to withdraw his appearance on behalf of the defendants, City of Hartford, Mayor Michael Peters, Hartford Police Department, Deborah Barrows, Sergeant Chris Lyons, Hartford Chief of Police Bruce P. Marquis, Detective Anthony Battistone, Detective Alfred Henderson, Detective Fernino and Officer Champion, in the above-captioned matter, as the undersigned will no longer be engaged in the practice of law with this firm after January 7, 2004. The defendants continue to be represented by James J. Szerejko of Halloran & Sage LLP, who is filing an appearance contemporaneous with this motion.

MOTION GRANTED.

SO ORDERED.

e Goodwin Square
5 Asylum Street
rtford, CT 06103

**HALLORAN
& SAGE LLP**

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105