DISTRICT OF CONNECTICUT

DWAYNE BASY              :
                         :
v.                       :   CIV. NO. 3:01CV1576 (JCH)
                         :
CITY OF HARTFORD, ET AL  :
                         :

FILED
2004 JAN 23 P 5:27
US DISTRICT COURT
BRIDGEPORT CT

## SCHEDULING ORDER

A telephone conference call was held on January 6, 2004, to address the status of the case. After discussion, and with agreement of the parties, the following schedule was set.

Plaintiff is currently represented by Attorney Norm Pattis. Attorney Pattis stated that plaintiff has been discharged from custody and he is trying to locate his client. Attorney Pattis further stated that there is a potential conflict of interest that he needs to discuss with his client before he can proceed with this representation. Attorney Pattis agreed to report back on the status of the case on or before February 2, 2004.

Plaintiff's oral motion for extension of time to either file a Motion for Leave to Amend the Complaint or a Motion to Withdraw as counsel is GRANTED to February 2, 2004. All discovery in this case is stayed, on consent, until February 2, 2004.

SO ORDERED at Bridgeport this 22 day of January 2004.

HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE