UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| DWAYNE BASEY,<br>    Plaintiff | :<br>:   3:01CV01576 (JCH)<br>: |
| VS. | :<br>: |
| CITY OF HARTFORD, ET AL.,<br>    Defendant | :<br>:   MARCH 8, 2004 |

<u>COUNSEL'S MOTION TO WITHDRAW</u>

    Counsel for the plaintiff, Norm Pattis, respectfully requests permission to withdraw as counsel in this case. In support hereof, the undersigned represents as follows:

    1. I was appointed by the court to represent Mr. Basey on a pro bono basis.

    2. Upon review of the file, it has become apparent to me that not only do I have a conflict, but I represent one of the defendants in another context.

    3. I have made Mr. Basey aware of this conflict and he agrees that the person who I represent is a vital part of this litigation.

    4. I have also discussed this potential conflict with opposing counsel.

    5. I see no way out of the conflict in this case and I am requesting that I be permitted to withdraw as counsel for Mr. Basey on that basis.

                                        THE PLAINTIFF
                                        DWAYNE BASEY

BY  _____
      NORMAN A. PATTIS
      51 Elm Street, Suite 409
      New Haven, CT 06510
      Telephone: (203) 562-9931
      Fed. Bar No.  ct13120
      His Attorney

## CERTIFICATION

This is to certify that a copy of the foregoing was sent via first class mail, postage prepaid, on , to the following parties and counsel of record:

James J. Szerejko
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

_____
NORMAN A. PATTIS