UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DWAYNE BASEY : | |
|    Plaintiff : | |
| : | CIVIL ACTION NO. |
| v. : | 3-01-cv-1576 (JCH) |
| : | |
| CITY OF HARTFORD, ET AL : | AUGUST 25, 2004 |
|    Defendants : | |

## ORDER

A telephone status conference is scheduled in this case for August 30, 2004 at 5:00 p.m. The principal purpose of this conference is to discuss the status of Attorney Pattis' Motion to Withdraw. Attorney Pattis is requested to arrange for the participation in this telephone status conference of Attorney David Slossberg of the firm Hurwitz & Sagarin, who had indicated to chambers (through the law clerk) a willingness to be appointed pro bono replacement counsel for Attorney Pattis. If Attorney Slossberg is no longer able or available to take over Mr. Basey's representation from Attorney Pattis, then Attorney Pattis is to determine if Attorney Rosemarie Paine, of Jacobs, Grudberg, Belt & Dow who had previously indicated a willingness to replace Attorney Pattis, but then became unavailable, would be willing and available to replace Attorney Pattis, and if so, to participate in the telephone conference.

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 25th day of August, 2004.

/s/ Janet C. Hall
Janet C. Hall
United States District Judge