# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

DWAYNE BASEY

                      Plaintiff,                              **APPEARANCE**

*Vs.*                                              CASE NUMBER: 3:01CV1576 (JCH)

CITY OF HARTFORD, et al

                     Defendants.

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    the Plaintiff

    I certify that I am admitted to practice in this court.

September 3, 2004
*Date*

*Signature*

David A. Slossberg
HURWITZ, SAGARIN & SLOSSBERG, LLC

CT 13116                                                 Print Name
*Connecticut Federal Bar Number*

*(203) 877-8000*    *(203) 878-9800*          147 North Broad Street
*Telephone*           *Facsimile*                        *Address*

                                       Milford                    CT          06460
                                       *City*                      *State*       *Zip Code*

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

    See Schedule A attached hereto.

                                                                   David A. Slossberg

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service.)

                                                                                     Appearance.frm.feb.96

## SCHEDULE A

Norman A. Pattis, Esquire
Williams & Pattis
51 Elm Street
Suite 409
New Haven, Connecticut  06510

Brian P. Leaming, Esquire
U.S. Attorney's Office-Hartford
450 Main Street, Room 328
Hartford, CT  06103

Eric P. Daigle, Esquire
Halloran & Sage
One Goodwin Square
225 Asylum Street
Hartford, CT  06103

James J. Szerejko, Esquire
Halloran & Sage
One Goodwin Square
225 Asylum Street
Hartford, CT  06103