UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DWAYNE BASEY;                      :
      Plaintiff                 :        CIVIL ACTION NO.
                                :        3:01CV1576 (JCH)
VS.                                :
                                :
CITY OF HARTFORD,                  :
ALFRED HENDERSON,                  :
CHRISTOPHER LYONS,                 :
ANTHONY BATTISTONE,                :
ALFRED FERNINO and                 :
JANE DOE.                          :        DECEMBER 14, 2004
      Defendants             :

**CORRECTED**
**MOTION FOR ENLARGEMENT OF TIME**

The undersigned defendants, City of Hartford, Sergeant Christopher Lyons,

Detective Anthony Battistone, Detective Alfred Henderson and Detective Alfred Fernino,

respectfully move for an enlargement of time in which to answer or respond to the plaintiff's

Revised Complaint.  The undersigned defendants specifically request an enlargement of

time of thirty (30) days to and including January 13, 200**5** to answer or respond to the

plaintiff's Revised Complaint.

The plaintiff filed a Revised Complaint dated November 22, 2004 which was

received by defendants' counsel on November 24, 2004.  Counsel for the undersigned

One Goodwin Square                 HALLORAN                Phone (860) 522-6103
225 Asylum Street                  & SAGE LLP              Fax (860) 548-0006
Hartford, CT 06103                                         Juris No. 26105

defendants recently completed a lengthy jury trial in the case entitled <u>Doe v. City of Hartford, et al.</u> bearing Case No. 3:97CV205 in Hartford District Court before The Honorable Robert N. Chatigny.  As such, undersigned counsel needs the requested time to analyze and properly respond to the plaintiff's Revised Complaint.

This is the defendants' <u>first</u> request for an enlargement of time in which respond or answer the plaintiff's Revised Complaint and plaintiff's counsel, Attorney T. Scott Cowperthwait, has consented to this request.

Wherefore, for the foregoing reasons, the undersigned defendants respectfully request an enlargement of time  of thirty (30) days to and including January 13, **2005** to answer or respond to the plaintiff's Revised Complaint.

- 2 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

DEFENDANTS,
CITY OF HARTFORD;
SERGEANT CHRISTOPHER LYONS;
DETECTIVE ANTHONY BATTISTONE;
DETECTIVE ALFRED HENDERSON; and
DETECTIVE ALFRED FERNINO


BY: _____

    Eric P. Daigle
    Fed. Bar No. ct 23486
    HALLORAN & SAGE LLP
    One Goodwin Square
    Hartford, CT  06103
    Tel: (860) 522-6103
    Daigle@halloran-sage.com

One Goodwin Square          HALLORAN          Phone (860) 522-6103
225 Asylum Street           & SAGE LLP         Fax (860) 548-0006
Hartford, CT 06103                             Juris No. 26105

## CERTIFICATION

This is to certify that on this 14th day of December, 2004, the foregoing Motion for Enlargement of Time was either mailed, postage prepaid, or hand-delivered to:

David A. Slossberg, Esquire
Scott T. Cowperthwait, Pro Hac Vice
Hurwitz, Sagarin & Slossberg, LLC
147 North Broad Street
P.O. Box 112
Milford, CT 06460-0112


_____
Eric P. Daigle


626725.1

One Goodwin Square          HALLORAN          Phone (860) 522-6103
225 Asylum Street           & SAGE LLP         Fax (860) 548-0006
Hartford, CT 06103                             Juris No. 26105