UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DWAYNE BASEY | : | CIVIL ACTION NO. |
|     Plaintiff | : | 3:01CV1576 (JCH) |
| | : | |
| VS. | : | |
| | : | |
| CITY OF HARTFORD, ALFRED HENDERSON, CHRISTOPHER LYONS, ANTHONY BATTISTONE, ALFRED FERNINO, and JANE DOE, | : | JANUARY 11, 2005 |
|     Defendants | : | |

### MOTION TO DISMISS

The undersigned defendants, City of Hartford, Sergeant Christopher Lyons, Detective Anthony Battistone, Detective Alfred Henderson, and Detective Alfred Fernino, move to dismiss the plaintiff's Amended Complaint pursuant to Rules 4(m) and 4(e) of the Federal Rules of Civil Procedure, insofar as it directs any claims to them.

For the reasons set forth in the attached Memorandum of Law, the defendants' Motion to Dismiss should be granted.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

        DEFENDANTS:
        CITY OF HARTFORD;
        ALFRED HENDERSON;
        CHRISTOPHER LYONS;
        ANTHONY BATTISTONE;
        ALFRED FERNINO;


      BY: _____
        Eric P. Daigle
        Fed. Bar No. ct 23486
        HALLORAN & SAGE LLP
        One Goodwin Square
        Hartford, CT  06103
        Tel: (860) 522-6103
        daigle@halloran-sage.com

## CERTIFICATION

  This is to certify that on this 11th day of January, 2005, the foregoing was either mailed, postpaid, or hand-delivered to:

David A. Slossberg, Esq.
T. Scott Cowperthwait. Esq.
Hurwitz, Sagarin & Slossberg, LLC.
147 N. Broad Street
P.O. Box 112
Milford, CT 06460-0112

              _____
              Eric P. Daigle

636556.1(HS-FP)

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105