UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DWAYNE BASEY | : | CIVIL ACTION NO. |
|     Plaintiff | : | 3:01CV1576 (JCH) |
| | : | |
| | : | |
| VS. | : | |
| | : | |
| CITY OF HARTFORD, | : | |
| ALFRED HENDERSON, | : | |
| CHRISTOPHER LYONS, ANTHONY | : | |
| BATTISTONE, ALFRED FERNINO, | : | |
| and JANE DOE, | : | JANUARY 11, 2005 |
|     Defendants | : | |

## MEMORANDUM OF LAW IS SUPPORT OF DEFENDANTS' MOTION TO DISMISS

Pursuant to Rules 4(m) and 4(e) of the Federal Rules of Civil Procedure, the defendants, Sergeant Christopher Lyons, Detective Anthony Battistone, Detective Alfred Henderson, and Detective Fernino, move to dismiss the plaintiff's Revised Complaint insofar as it directs any claims to them. For the reasons set forth herein, the defendants' Motion to Dismiss should be granted.

**I.      PROCEDURAL HISTORY**

On August 20, 2001, the plaintiff commenced this action against the defendants, City of Hartford, Mayor Michael Peters, Hartford Police Department, Deborah Barrows, Hartford Police Drug/Narcotic Task Force and Sergeant Chris

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

Lyons, pursuant to 42 U.S.C. § 1983 for alleged violations of his constitutional rights as provided by the Fourth and Fourteenth Amendments to the United States Constitution. On May 30, 2002, the plaintiff filed an Amended Complaint (Doc. # 34) seeking to add defendants Detective Alfred Henderson, Detective Anthony Battistone, Detective Fernino and Officer Champion, and substituting Chief Bruce Marquis for Acting Chief Deborah Barrows. By Ruling on Defendants' Motion to Dismiss (Doc # 47) dated March 13, 2003, the Court dismissed the claims against the Hartford Police Department and the Police Department's Drug/Narcotic Task Force. The Court also identified the claims against Chief of Police Barrows as abandoned. The named defendants in the Amended Complaint (Doc # 34) are Former Mayor Michael P. Peters, Hartford Chief of Police Bruce P. Marquis, Sergeant Christopher Lyons, Detective Anthony Battistone, Detective Alfred Henderson, Detective Fernino, and Officer Champion. On November 22, 2004, the plaintiff filed a Revised Complaint (Doc #76) identifying the defendants in this action as the City of Hartford, Detective Alfred Henderson, Sergeant Christopher Lyons, Detective Antony Battistone, and Detective Alfred Fernino. The plaintiff has abandoned claims against Former Mayor Michael Peters, Former Hartford Police Chief Bruc P. Marquis and Officer Champion.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

II. **FACTUAL ALLEGATIONS**

The plaintiff invokes the civil remedies available under 42 U.S.C. § 1983 in support of his federal claims that the undersigned defendant, Detective Henderson, used unnecessary and unreasonable force when he apprehended the plaintiff during an arrest for narcotics on May 18, 2001. The plaintiff alleges that the remaining undersigned named defendants where intentionally indifferent as they witnessed the alleged excessive force and failed to intercede to prevent same.

III. **ARGUMENT**

A. **Plaintiff Has Failed To Timely Serve Defendants In Accordance with Rule 4(m).**

Dismissal is warranted when the plaintiff has not served a copy of the complaint on a defendant within 120 days. Specifically, Rule 4(m) provides:

> [i]f service of the Summons and Complaint is not made upon a defendant within 120 days after the filing of the Complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period.

- 3 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

Fed. R. Civ. P. 4(m) (1993); <u>Troxell v. Fedders of North America, Inc.</u>, 160 F. 3d 381, 382 (7th Cir. 1998); <u>Lowe v. Hart</u>, 157 F.R.D. 550 (M.D. Fla. 1994).

According to the Court file, multiple summonses were issued and returned <u>executed</u> to some of the defendants, but only in their official capacities. The defendants, City of Hartford and Sergeant Chris Lyons (in his official capacity), were served on November 26, 2001 at the Town Clerks Office. **Exh A.** On May 9, 2002 summonses were returned <u>unexecuted</u> (Doc #24) as to Hartford Police Department, City of Hartford and Sergeant Christopher Lyons, in their individual capacities. **Exh. B.** On May 30, 2002, the plaintiff filed an Amended Complaint (Doc #34) adding defendants including Hartford Police Detective Anthony Battistone, Detective Alfred Henderson, and Detective Fernino. On February 4, 2003, the Court ordered the U.S. Marshal to serve the Amended Complaint (Doc # 43) on defendants, Sergeant Christopher Lyons, Detective Anthony Battistone, Detective Alfred Henderson and Detective Fernino in their individual capacities on or before February 24, 2003, and to file the returns of service with the Court on or before March 7, 2003. On March 6, 2003, summonses were returned to the Court <u>unexecuted</u> (Doc # 46) as to Sergeant Chris Lyons, Detective Anthony Battistone and Detective Alfred Henderson in their individual capacities. **Exh. C**. On April 8, 2003, summonses were returned (Doc # 49) as to Sergeant Chris

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

Lyons, Detective Antony Battistone, Detective Alfred Henderson, Detective Fernino and Detective Champion, in their official capacities. **Exh. D.** On July 18, 2003 summonses were returned <u>executed</u> (Doc # 55) as to Sergeant Chris Lyons, Detective Antony Battistone, Detective Alfred Henderson and Detective Fernino, in their official capacities. **Exh. E.** On October 10, 2003, the Court ordered the U.S. Marshal to serve Detective Fernino in his individual capacity before November 15, 2003 (Doc #55) and it was returned to the Court unexecuted on January 26, 2004.  (Doc. #67). **Exh. F.** On November 22, 2004, the plaintiff filed a Revised Complaint (Doc #76) identifying the defendants in this action as the City of Hartford, Detective Alfred Henderson, Sergeant Christopher Lyons, Detective Antony Battistone, and Detective Alfred Fernino.  As such, the statute of limitations has expired and no summonses were returned serving any of the undersigned defendants in their individual capacities.  As the plaintiff has failed to serve defendants individually within 120 days, this case should be dismissed.

    **B.**    **<u>Plaintiff Has Failed To Properly Serve The Defendants</u>**.

If the Court concludes that the plaintiff has made timely service on the defendants in their individual capacities, the service was not accomplished in accordance with Rule 4(e).  Dismissal is warranted when the plaintiff has not

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

served a copy of the complaint in accordance with state law or at the defendant's abode.  When a suit alleges claims against an individual, the defendant is entitled to individual service.  Cornett v. Congregane, 785 F. Supp. 434, 436 (S.D.N.Y. 1992).  Connecticut law requires that, except as otherwise provided, service of process on an individual must be made either by personal service or by leaving a true attested copy thereof at the defendant's usual place of abode.  Conn. Gen. Stat. §§ 52-57 and 52-57a; see also O'Brien v. Perry, WL 61697 (Conn. Super. Jan 26, 1999)(Service of process to a police department dispatcher was not proper individual service).  The plaintiff's service at the police department or at the City Clerk's office is not proper service and this case should be dismissed.

## IV. CONCLUSION

  WHEREFORE, for the foregoing reasons, the undersigned defendants respectfully request that the Court grant this Motion.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

DEFENDANTS:
CITY OF HARTFORD;
ALFRED HENDERSON;
CHRISTOPHER LYONS;
ANTHONY BATTISTONE;
ALFRED FERNINO;


BY: _____
Eric P. Daigle
Fed. Bar No. ct 23486
HALLORAN & SAGE LLP
One Goodwin Square
Hartford, CT 06103
Tel: (860) 522-6103
daigle@halloran-sage.com

### CERTIFICATION

This is to certify that on this 11th day of January, 2005, the foregoing was either mailed, postpaid, or hand-delivered to:

David A. Slossberg, Esq.
T. Scott Cowperthwait. Esq.
Hurwitz, Sagarin & Slossberg, LLC.
147 N. Broad Street
P.O. Box 112
Milford, CT 06460-0112


_____
Eric P. Daigle

635215.1(HS-FP)

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105