**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: Dwayne Basey | COURT CASE NUMBER: 3:01-CV-01576(JCH) |
| DEFENDANT: City of Hartford, ET [AL] | TYPE OF PROCESS: Summons of complaint |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Hartford Captain (John Doe #1) HPPD — City of Hartford

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
**AT** 50 Jennings Rd., Hartford, CT 06112

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Dwayne Basey #251145
287 Bilton Rd.
Somers, CT 06071

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 12 |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

IFP

Being sued in his individual and official capacity
50 Jennings Rd., Hartford, CT 06112

Signature of Attorney or other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT
Dwayne Basey        TELEPHONE NUMBER: None        DATE: 10-26-2001

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 14 | District to Serve No. 14 | Signature of Authorized USMS Deputy or Clerk | Date 11/21/01 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: 11-26-01    Time: 11:10 am

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45.00 | — | — | 45.00 | | 45.00 | |

REMARKS: Served to Town Clerk's office

PRIOR EDITIONS MAY BE USED    **1. CLERK OF THE COURT**    FORM USM-285 (Rev.)

| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form. |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Dwayne Basey | 3:01-CV-01576(JCH) |
| **DEFENDANT** | **TYPE OF PROCESS** |
| City of Hartford, ET AL. | Summons of complaint |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
→ Michael P. Peters (mayor) municipal Bldg. 3
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
**AT** 550 Main St., Hartford, CT. 06103

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Dwayne Basey #251145
287 Bilton Rd.
Somers, CT. 06071

| Number of process to be served with this Form - 285 | 1 |
|---|---|
| Number of parties to be served in this case | 12 |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

IFP
Being sued in his ~~individual~~ and official capacity
may Be served at: 550 Main St. Hartford, CT. 06103

| Signature of Attorney or other Originator requesting service on behalf of: | ☑ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER None | DATE 10-26-2001 |
|---|---|---|---|
| Dwayne Basey | | | |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 14 | District to Serve No. 14 | Signature of Authorized USMS Deputy or Clerk | Date 11/21/01 |
|---|---|---|---|---|---|

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

| Date of Service 11-26-01 | Time 11:15 am |
|---|---|
| Signature of U.S. Marshal or Deputy | |

| Service Fee 45.00 | Total Mileage Charges (including endeavors) — | Forwarding Fee | Total Charges 45.00 | Advance Deposits | Amount owed to U.S. Marshal or 45.00 | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS: Served to Mayor's Secretary at Mayor's office 550 Main St Room 204 Hartford, CT

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: Dwayne Basey | COURT CASE NUMBER: 3:01-CV-01576 (JCH) |
| DEFENDANT: City of Hartford, ET AL. (4) | TYPE OF PROCESS: Summons of Complaint |

SERVE NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Hartford Police - Drug/Narcotic Taskforce (Division)

ADDRESS: 50 Jennings Rd., Hartford, CT 06112

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
Dwayne Basey #251145
287 Bilton Rd.
Somers, CT 06071

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case: 12
Check for service on U.S.A.: ✓

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE:

IFP
Being sued in its individual and official capacity
50 Jennings Rd., Hartford, CT 06112

Signature of Attorney: Dwayne Basey
☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: none
DATE: 10-26-2001

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 14 | No. 14 | [signature] | 11/21/01 |

☒ I hereby certify and return that I have personally served...

Date of Service: 11-26-01   Time: 12:56 pm
Signature of U.S. Marshal or Deputy: [signature]

| Service Fee | Total Mileage Charges | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal | Amount of Refund |
|---|---|---|---|---|---|---|
| 45.00 | — | — | 45.00 | | 45.00 | |

REMARKS: Served to Town Clerk City of Hartford

PRIOR EDITIONS MAY BE USED    1. CLERK OF THE COURT    FORM USM-285 (Rev. 12/15/80)

| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form. |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Dwayne Basey | 3:01-CV-01576(JCH) |
| **DEFENDANT** | **TYPE OF PROCESS** |
| City of Hartford | Summons complaint |

| SERVE | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | Joe Doe ~~#4 Hartford P.D.~~ Hartford police Dru. Narcotic Task Force |
| AT | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| | 550 Main Street ~~Jennings Rd.~~, Hartford, CT-06112 |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Dwayne Basey #251145
28 Bilton Rd.
Somers, CT-06071

| Number of process to be served with this Form - 285 | 1 |
|---|---|
| Number of parties to be served in this case | 12 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

IFP

Being sued in his ~~individual~~ and official capacity

50 Jennings Rd., Hartford, CT-06112

| Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|
| Dwayne Basey | None | 10-26-2001 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 14 | No. 14 | | 11/21/01 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service: 11-26-01   Time: 12:56 pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45.00 | — | — | 45.00 | | 45.00 | |

REMARKS: Served to Town Clerk City of Hartford

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Dwayne Basey | 3:01-CV-01576(JCH) |
| DEFENDANT | TYPE OF PROCESS |
| City of Hartford, ET AL. | Summons of Complaint |

SERVE → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
~~Chief Anthony Bestistone~~ (John Doe #3) Hartford P.d (Deborah Barrows)

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
AT  550 Main Street ~~Jennings Rd.~~, Hartford, CT 06112

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Dwayne Basey
287 Bilton Rd.
Somers, CT 06071

| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 12 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

IFP

Being sued in his individual and official capacity

50 Jennings Rd., Hartford, CT 06112

Signature of Attorney or other Originator requesting service on behalf of:  ☑ PLAINTIFF  ☐ DEFENDANT
Dwayne Basey        TELEPHONE NUMBER: None        DATE: 10-26-2001

---

SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process: 1 | District of Origin No. 14 | District to Serve No. 14 | Signature of Authorized USMS Deputy or Clerk: G.L.W. | Date: 11/21/01 |

I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode

Address (complete only if different than shown above)

Date of Service: 11-26-01   Time: 12:56 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45.00 | | | 45.00 | | 45.00 | |

REMARKS: Served to Town Clerk City of Hartford

PRIOR EDITIONS MAY BE USED       **1. CLERK OF THE COURT**       FORM USM-285 (Rev. 12/15/80)