# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

Dwayne Basey

V.

City of Hartford, et al

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:01cv1576(JCH)(HBF)

TO: Christopher Lyons
Hartford Police Dept
55 Jennings Road
Hartford, CT 06120

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

Plaintiff's Attorney:

Dwayne Basey # 251145
Northern Correctional Inst
P.O. Box 665
Somers, CT 06071

an answer to the complaint which is herewith served upon you, within 20 day(s) after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Kevin F. Rowe
CLERK

By Deputy Clerk

February 5, 2003
Date

ATTESTED TO AS A TRUE COPY

ON THIS DATE _____

BY: _____
Deputy Clerk

AO 440 (Rev. 4/94) Summons in a Civil Action

3. 'CV1576 (JCH)(HBF)

# RETURN OF SERVICE

Service was made by me on:[1]     Date

Name of Server (print)     Title

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant at: _____

☐ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☒ Returned unexecuted: *No longer works at Hartford P.D.*

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on: 2/18/03
Date

Signature of Server: *R. Sinni*

Address of Server: 450 Main St., Hartford, CT.

FILED MAR 6 11 35 AM '03 U.S. DISTRICT COURT NEW HAVEN, CONN.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

Dwayne Basey

V.

City of Hartford, et al

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:01cv1576(JCH)(HBF)

TO:  Anthony Battistone
Hartford Police Dept
55 Jennings Road
Hartford, CT 06120

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

Plaintiff's Attorney:

Dwayne Basey # 251145
Northern Correctional Inst
P.O. Box 665
Somers, CT 06071

an answer to the complaint which is herewith served upon you, within 20 day(s) after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Kevin F. Rowe
CLERK

By Deputy Clerk

February 5, 2003
Date

ATTESTED TO AS A TRUE COPY

ON THIS DATE _____

BY: _____
Deputy Clerk

Case 3:01-cv-01576-JCH   Document 79-5   Filed 01/12/2005   Page 4 of 8

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

Dwayne Basey

V.

City of Hartford, et al

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:01cv1576(JCH)(HBF)

TO: Officer Champion
Hartford Police Dept
55 Jennings Road
Hartford, CT 06120

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

Plaintiff's Attorney:

Dwayne Basey # 251145
Northern Correctional Inst
P.O. Box 665
Somers, CT 06071

an answer to the complaint which is herewith served upon you, within 20 day(s) after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Kevin F. Rowe
CLERK

By Deputy Clerk

February 5, 2003
Date

ATTESTED TO AS A TRUE COPY

ON THIS DATE _____

BY: _____
Deputy Clerk

3:01CV1576 (JCH)(HBF)

## RETURN OF SERVICE

| Service was made by me on:[1] | Date |
|---|---|
| Name of Server (print) | Title |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant at: _____

☐ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☒ Returned unexecuted: *No longer employed by Hartford P.D.*

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on: 2/18/03
Date

Signature of Server: *R. Senui*

Address of Server: 450 Main St, Hartford, CT

FILED 2003 MAR 6 AM 11 34
U.S. DISTRICT COURT
NEW HAVEN, CONN.

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure.

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

Dwayne Basey

V.

City of Hartford, et al

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: 3:01cv1576(JCH)

TO: Alfred Henderson
Hartford Police Dept
55 Jennings Road
Hartford, CT 06120

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

Plaintiff's Attorney:

Dwayne Basey # 251145
Northern Correctional Ins
P.O. Box 665
Hartford, CT 06071

an answer to the complaint which is herewith served upon you, within 20 day(s) after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Kevin F. Rowe
CLERK

By Deputy Clerk

February 6, 2003
Date

ATTESTED TO AS A TRUE COPY

ON THIS DATE _____

BY: _____
Deputy Clerk

AO 440 (Rev 4/94) Summons in a Civil Action

3:0 CV1576 (JCH)(HBF)

## RETURN OF SERVICE

| | |
|---|---|
| Service was made by me on:[1] | Date |
| Name of Server (print) | Title |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant at: _____

☐ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☒ Returned unexecuted: *Currently not working Hartford P.D. Unknown return date of at all.*

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on: 2/18/03
Date

*R. Senni*
Signature of Server

450 Main St., Hartford, CT.
Address of Server

FILED
MAR 6  11 35 AM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure