| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | *See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.* |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Dwayne Basey | 3:01CV1576 (JCH)(HBF) |
| **DEFENDANT** | **TYPE OF PROCESS** |
| City of Hartford | Amd Cop/Summons |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Marcen Champion   16

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

Hartford City Clerks Office, 550 Main Street, Hfd, CT 06103

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Dwayne Basey # 257146
NCI
P.O. Box 665
Somers, CT 06071

| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

IFP/ Hfd Cop

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 579-5973
DATE: 4/14/03

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 14 | District to Serve No. 14 | Signature of Authorized USMS Deputy or Clerk  Q.I.W | Date 4/25/03 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

Name and title of individual served (if not shown above):
Daniel CAREY, City Clerk

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: 5/1/03   Time: 12:10 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45,— | — | — | 45,— | | | |

REMARKS:

440 (Rev. 4/94) Summons in a Civil Actio

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

Dwayne Basey

## SUMMONS IN A CIVIL ACTION

V.

CASE NUMBER: 3:01cv1576(JCH)(HBF)

City of Hartford, et al

TO: Police Officer Champion
Hartford City Clerks Office
550 Main Street
Hartford, CT

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

ntiff's Attorney:
Dwayne Basey

Northern Correctional Inst
P.O. Box 665
Somers, CT 06071

answer to the complaint which is herewith served upon you, within __20__ day(s) after service of this nmons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken ainst you for the relief demanded in the complaint.

evin F. Rowe
ERK

ody Jaiman
Deputy Clerk

April 14, 2003
Date

ATTESTED TO AS A TRUE COPY

ON THIS DATE _____

BY:_____
Deputy Clerk

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: Dwayne Basey | COURT CASE NUMBER: 3:01CV1576(JCH)(HBF) |
| DEFENDANT: City of Htfd et al | TYPE OF PROCESS: Amd cmp/summons |

SERVE → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Det Ferrini

AT — ADDRESS: Htfd city clks off, 550 Main Street, Htfd Ct 06103

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
Dwayne Basey #257146
NCI
P.O. Box 665
Somers, CT 06071

- Number of process to be served with this Form - 285
- Number of parties to be served in this case
- Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE:
FP1 off

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 576-5923
DATE:

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt... | Total Process: 1 | District of Origin No. 14 | District to Serve No. 14 | Signature of Authorized USMS Deputy or Clerk: Q.I.W. | Date: 4/25/03 |

I hereby certify and return that I ☒ have personally served...

Name and title of individual served: Daniel Carey, City Clerk

Date of Service: 5/1/03   Time: 12:10 pm
Signature of U.S. Marshal or Deputy: R. Ferrini

| Service Fee | Total Mileage Charges | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| 45.— | — | — | 45.— | | |

REMARKS:

PRIOR EDITIONS MAY BE USED — **1. CLERK OF THE COURT** — FORM USM-285 (Rev. 12/15/80)

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

Dwayne Basey

**SUMMONS IN A CIVIL ACTION**

V.

CASE NUMBER: 3:01cv1576(JCH)(HBF)

City of Hartford, et al

TO: Det. Fernino
Hartford City Clerks Office
550 Main Street
Hartford, CT

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

Plaintiff's Attorney:

Dwayne Basey

Northern Correctional Inst
P.O. Box 665
Somers, CT 06071

an answer to the complaint which is herewith served upon you, within __20__ day(s) after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Kevin F. Rowe
CLERK

Rody Jaiman
By Deputy Clerk

April 14, 2003
Date

ATTESTED TO AS A TRUE COPY

ON THIS DATE _____

BY:_____
Deputy Clerk

# U.S. Department of Justice
## United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| **PLAINTIFF** Dwayne Basey | **COURT CASE NUMBER** 3:01CV1576(JCH)(HBF) |
| **DEFENDANT** Officer City of Hartford et al | **TYPE OF PROCESS** And Cmp/Summons |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Det. Anthony Battistone 13

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Hfd. City Clerks office 550 Main Street, Hfd. Ct 06103

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Dwayne Basey #257146
N/C
P.O.Box 665
Somers, Ct 06071

Number of process to be served with this Form - 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

IFP/Off Cap

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
**TELEPHONE NUMBER** 579-5973
**DATE**

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 14 | District to Serve No. 14 | Signature of Authorized USMS Deputy or Clerk | Date 4/25/03 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
Daniel Carey City Clerk

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 5/1/03   Time: 12:10 pm

Signature of U.S. Marshal or Deputy: R. [signature]

| Service Fee 45.— | Total Mileage Charges (including endeavors) — | Forwarding Fee — | Total Charges 45.— | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|

**REMARKS:**

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

Dwayne Basey

V.

City of Hartford, et al

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:01cv1576(JCH)(HBF)

TO:  Det. Anthony Battistone
Hartford City Clerks Office
550 Main Street
Hartford, CT

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

Plaintiff's Attorney:

Dwayne Basey

Northern Correctional Inst
P.O. Box 665
Somers, CT 06071

an answer to the complaint which is herewith served upon you, within __20__ day(s) after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Kevin F. Rowe
CLERK

Rody Jaiman
By Deputy Clerk

April 14, 2003
Date

ATTESTED TO AS A TRUE COPY
ON THIS DATE 4/14/03

BY: _____
Deputy Clerk

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF Dwayne Basey | COURT CASE NUMBER 3:01CV1576(JCH)(HEAD) |
|---|---|
| DEFENDANT City of Hartford et al | TYPE OF PROCESS Amended Comp/Sum |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Alfred Henderson    14

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
**AT** Hfd City Clerks Office 550 Main Street, Hfd, Ct 06103

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Dwayne Basey # 257146
NCI
P.O. Box 665
Somers, Ct 06071

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Ipp/off Capacity

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER (203) 579-5973
DATE 4-14-03

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 14 | District to Serve No. 14 | Signature of Authorized USMS Deputy or Clerk G.LW | Date 4/25/03 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
Daniel Carey City Clerk

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode

Address (complete only if different than shown above)

Date of Service 5/1/03   Time 12:10 ☒ am ☐ pm

Signature of U.S. Marshal or Deputy R. _____

| Service Fee 45.— | Total Mileage Charges (including endeavors) — | Forwarding Fee — | Total Charges 45.— | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |

REMARKS:

**PRIOR EDITIONS MAY BE USED**    **1. CLERK OF THE COURT**    FORM USM-285 (Rev. 12/15/80)

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

Dwayne Basey

**SUMMONS IN A CIVIL ACTION**

V.

CASE NUMBER: 3:01cv1576(JCH)(HBF)

City of Hartford, et al

TO:  Alfred Henderson
Hartford City Clerks Office
550 Main Street
Hartford, CT

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

Plaintiff's Attorney:

Dwayne Basey

Northern Correctional Inst
P.O. Box 665
Somers, CT 06071

an answer to the complaint which is herewith served upon you, within __20__ day(s) after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Kevin F. Rowe
CLERK

Rody Jaiman
By Deputy Clerk

April 14, 2003
Date

ATTESTED TO AS A TRUE COPY

ON THIS DATE _____

BY: _____
Deputy Clerk

# U.S. Department of Justice
## United States Marshals Service

### PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Dwayne Basey | 3:01CV1576(JCH)(HBP) |
| DEFENDANT | TYPE OF PROCESS |
| City of Hartford et al | Amended Comp/Summ |

DISTRICT OF CONNECTICUT

**SERVE**
- NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Bruce Marquis
- ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
- AT: Hartford City Clerks Office - 550 Main Street, Hfd, Ct 06103

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Dwayne Basey #251146
NCI
P.O. Box 665
Somers, Ct 06071

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

IFP/off cap

Signature of Attorney or other Originator requesting service on behalf of:   ☒ PLAINTIFF   ☐ DEFENDANT
TELEPHONE NUMBER: (203) 579-5973
DATE: 4-14-03

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 14 | District to Serve No. 14 | Signature of Authorized USMS Deputy or Clerk | Date 4/25/03 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): Daniel Carey, City Clerk

Address (complete only if different than shown above):

| Date of Service | Time |
|---|---|
| 5/1/03 | 12:10 pm |

Signature of U.S. Marshal or Deputy: R. Servin

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45,- | — | — | 45,- | | | |

REMARKS: