67

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF<br>Dwayne Basey | COURT CASE NUMBER<br>3:01 CV 1576 (JCH)(HBF) |
|---|---|
| DEFENDANT<br>City of Hartford, Etal | TYPE OF PROCESS<br>Amended Complaint |

SERVE → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Det Fernino

AT  ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Htfd Police Dept, 55 Jennings Rd, Hartford CT 06120

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Dwayne Basey #251145
N.CI Correctional Inst
P.O. Box 665
Somers, CT 06071

| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

TFP / INDIVIDUAL Cap
Served Byrne 11/3/03

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
Raimar
TELEPHONE NUMBER: 579-5861
DATE: 10/24/03

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 14 | District to Serve<br>No. 14 | Signature of Authorized USMS Deputy or Clerk<br>Q.I.W. | Date<br>12/28/03 |

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)
Date of Service: 10/27/03   Time: am/pm
Signature of U.S. Marshal or Deputy: R. Ferrini

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |

REMARKS: Served Chiefs Secy on 2/26/03 for FERNINO. Has been off job since 5/03. No longer at HPD.

PRIOR EDITIONS MAY BE USED  **1. CLERK OF THE COURT**  FORM USM-285 (Rev. 12/15/80)

**Bernier, Tina**

| | |
|---|---|
| **From:** | CMECF@ctd.uscourts.gov |
| **Sent:** | Monday, February 02, 2004 4:54 PM |
| **To:** | CMECF@ctd.uscourts.gov |
| **Subject:** | Activity in Case 3:01-cv-01576-JCH Basey v. Hartford, et al "Summons Returned Unexecuted" |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

U.S. District Court

District of Connecticut

Notice of Electronic Filing

The following transaction was received from Corriette, M. entered on 2/2/2004 at 4:54 PM EST and filed on 1/26/2004

**Case Name:** Basey v. Hartford, et al
**Case Number:** 3:01-cv-1576
**Filer:** Dwayne Basey
**Document Number:** 67

**Docket Text:**
Summons Returned Unexecuted by Dwayne Basey as to Fernino, Individual Capacity. (Corriette, M.)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1034868047 [Date=2/2/2004] [FileNumber=98697-0] [ c5c3d9d7daa0a3e129f4472a738befba234f0ab404200d22b35e52469fe7fad66cacff 6c1cdfe5a80fd637f17fd24af62edb294be8f29aaf0f51ccdfdceca2ec]]

**3:01-cv-1576 Notice will be electronically mailed to:**

Eric P. Daigle    Daigle@halloran-sage.com, keating@halloran-sage.com

Norman A. Pattis    napatty1@aol.com,

James J. Szerejko    szerejko@halloran-sage.com, bernier@halloran-sage.com

**3:01-cv-1576 Notice will not be electronically mailed to:**

2/3/2004