Exhibit A

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## District of Connecticut

DWAYNE BASEY,
        Plaintiff

VS.

CITY OF HARTFORD, et al.,
        Defendants

SUMMONS IN A CIVIL CASE

CASE NUMBER: 3:01CV1576 (JCH)

JANUARY 24, 2005

To: (Name and address of defendant)

    Alfred Henderson
    89 Earl Street
    Hartford, Connecticut 06108

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    David A. Slossberg, Esq.
    Hurwitz, Sagarin & Slossberg LLC
    147 North Broad Street
    Milford, Connecticut 06460

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

(BY) DEPUTY CLERK

DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER (*Print*) | TITLE |
| *Check one box below to indicate appropriate method of service* | |

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other: *(Specify)*: _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |
| DECLARATION OF SERVER | | |

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
Date                                                                Signature of Server

_____
Address of Server

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
# District of Connecticut

| | |
|---|---|
| DWAYNE BASEY,<br>　　　　Plaintiff | SUMMONS IN A CIVIL CASE |
| VS. | CASE NUMBER: 3:01CV1576 (JCH) |
| CITY OF HARTFORD, et al.,<br>　　　　Defendants | JANUARY 24, 2005 |

**To:** (Name and address of defendant)

　　Anthony Battistone
　　25 Adam Drive
　　Newington, Connecticut  06111

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

　　David A. Slossberg, Esq.
　　Hurwitz, Sagarin & Slossberg LLC
　　147 North Broad Street
　　Milford, Connecticut  06460

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_____　　　　_____
CLERK　　　　　　　　　　　　　　　　　　DATE

_____
(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER (*Print*) | TITLE |
| *Check one box below to indicate appropriate method of service* | |

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____

☐ Other: *(Specify)*: _____
_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |
| **DECLARATION OF SERVER** | | |

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
             *Date*                              *Signature of Server*

                                              _____
                                              *Address of Server*

_____

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
# District of Connecticut

DWAYNE BASEY,
      Plaintiff

VS.

CITY OF HARTFORD, et al.,
      Defendants

SUMMONS IN A CIVIL CASE

CASE NUMBER: 3:01CV1576 (JCH)

JANUARY 24, 2005

**To:** (Name and address of defendant)

    Alfred Fernino
    50 Hillcrest Avenue
    West Hartford, Connecticut

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    David A. Slossberg, Esq.
    Hurwitz, Sagarin & Slossberg LLC
    147 North Broad Street
    Milford, Connecticut 06460

an answer to the complaint which is herewith served upon you, within <u>twenty (20)</u> days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER (*Print*) | TITLE |
| *Check one box below to indicate appropriate method of service* ||

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left: _____
_____

☐ Returned unexecuted: _____
_____
_____

☐ Other: *(Specify)*: _____
_____
_____

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |
| DECLARATION OF SERVER |||

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
             *Date*                                *Signature of Server*

                                                   _____
                                                   *Address of Server*

_____

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
# District of Connecticut

DWAYNE BASEY,
        Plaintiff

VS.

CITY OF HARTFORD, et al.,
        Defendants

SUMMONS IN A CIVIL CASE

CASE NUMBER: 3:01CV1576 (JCH)

JANUARY 24, 2005

To: (Name and address of defendant)

    Christopher Lyons
    21 Woodland Street
    Wethersfield, Connecticut 06109-2357

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    David A. Slossberg, Esq.
    Hurwitz, Sagarin & Slossberg LLC
    147 North Broad Street
    Milford, Connecticut 06460

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK                                             DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER (*Print*) | TITLE |
| *Check one box below to indicate appropriate method of service* | |

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left: _____
_____

☐ Returned unexecuted: _____
_____
_____
_____

☐ Other: *(Specify)*: _____
_____
_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |
| DECLARATION OF SERVER | | |

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____       _____
            *Date*                        *Signature of Server*

                                          _____
                                          *Address of Server*

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
# District of Connecticut

DWAYNE BASEY,
        Plaintiff

VS.

CITY OF HARTFORD, et al.,
        Defendants

SUMMONS IN A CIVIL CASE

CASE NUMBER: 3:01CV1576 (JCH)

JANUARY 24, 2005

**To:** (Name and address of defendant)

    Christopher Lyons
    c/o Trinity College
    300 Summit Street
    Hartford, Connecticut

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    David A. Slossberg, Esq.
    Hurwitz, Sagarin & Slossberg LLC
    147 North Broad Street
    Milford, Connecticut  06460

an answer to the complaint which is herewith served upon you, within <u>twenty (20)</u> days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_____
CLERK

_____
DATE

_____
(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER (*Print*) | TITLE |
| *Check one box below to indicate appropriate method of service* | |

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left: _____
_____

☐ Returned unexecuted: _____
_____
_____

☐ Other: *(Specify)*: _____
_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |
| DECLARATION OF SERVER | | |

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
　　　　　　　*Date*　　　　　　　　　　　　　　　　　　*Signature of Server*

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　*Address of Server*

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
# District of Connecticut

DWAYNE BASEY,
        Plaintiff

VS.

CITY OF HARTFORD, et al.,
        Defendants

SUMMONS IN A CIVIL CASE

CASE NUMBER: 3:01CV1576 (JCH)

JANUARY 24, 2005

**To:** (Name and address of defendant)

    Alfred Henderson
    c/o City of Hartford Police Department
    50 Jennings Road
    Hartford, Connecticut 06120

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    David A. Slossberg, Esq.
    Hurwitz, Sagarin & Slossberg LLC
    147 North Broad Street
    Milford, Connecticut 06460

an answer to the complaint which is herewith served upon you, within <u>twenty (20)</u> days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_____
CLERK

_____
DATE

_____
(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

### RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER (*Print*) | TITLE |
| *Check one box below to indicate appropriate method of service* | |

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left: _____
_____

☐ Returned unexecuted: _____
_____
_____
_____

☐ Other: *(Specify)*: _____
_____
_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                *Date*                                                    *Signature of Server*

                                                                           _____
                                                                           *Address of Server*

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Civil Procedure.