UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DWAYNE BASEY,<br>  Plaintiff,<br><br>vs.<br><br>CITY OF HARTFORD, ALFRED<br>HENDERSON, CHRISTOPHER LYONS,<br>ANTHONY BATTISTONE, ALFRED<br>FERNINO, and JANE DOE,<br>  Defendants. | CIVIL ACTION NO.<br>3:01CV1576(JCH)<br><br><br><br><br><br><br>JANUARY 25, 2005 |

## MOTION ON CONSENT FOR ENLARGEMENT OF TIME

  Plaintiff, Dwayne Basey, hereby moves this Court for an enlargement of time to respond to defendant's Motion to Dismiss (doc. # 79) dated January 11, 2005. Plaintiff respectfully requests an enlargement of time to and including thirty (30) days from the date this Court decides Plaintiff's Motion for Enlargement of Time to Serve Defendants in Their Individual Capacities and for Reissuance of Summonses dated January 24, 2005. In support hereof, plaintiff represents as follows:

  1. On January 11, 2005, defendants Henderson, Lyons, Battistone, and Fernino moved to dismiss plaintiff's Revised Complaint, insofar as it directs any claims to them, for failure to serve them in their individual capacities within the 120 day period of Fed. R. Civ. P. 4(m).

  2. On January 25, 2005, plaintiff filed a Motion for Enlargement of Time to Serve Defendants in Their Individual Capacities and for Reissuance of Summonses.

3. The basis for defendants' Motion to Dismiss will be rendered moot if this Court grants Plaintiff's Motion for Enlargement of Time to Serve Defendants and for Reissuance of Summonses.

4. This is plaintiff's first request for an enlargement of time in which to respond to defendant's Motion to Dismiss.

5. Defendants' counsel, Eric P. Daigle, consents to the granting of this Motion.

WHEREFORE, plaintiff respectfully requests an enlargement of time to and including thirty (30) days from the date this Court decides Plaintiff's Motion for Enlargement of Time to Serve Defendants in Their Individual Capacities and for Reissuance of Summonses dated January 25, 2005, in which to respond to defendant's Motion to Dismiss.

THE PLAINTIFF
DWAYNE BASEY

BY _____
David A. Slossberg CT13116
Hurwitz, Sagarin & Slossberg, LLC
147 N. Broad Street
P.O. Box 112
Milford, CT 06460-0112
Tel: (203) 877-8000
Fax: (203) 878-9800

## CERTIFICATE OF SERVICE

    This is to certify that a copy of the foregoing was mailed, first class mail, on January 25, 2005 to:

Brian P. Leaming, Esq.
U.S. Attorney's Office-Hartford
450 Main Street, Room 328
Hartford, CT 06103

Eric P. Daigle, Esq.
Halloran & Sage
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

James J. Szerejko, Esq.
Halloran & Sage
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

                                                                                                    _____
                                                                                                    DAVID A. SLOSSBERG