# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DWAYNE BASEY | Plaintiff, | APPEARANCE |
| Vs. | | CASE NUMBER: 3:01CV1576 (JCH) |
| CITY OF HARTFORD, et al | Defendants. | |

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    the Plaintiff

    I certify that I am admitted to practice in this court.

February 8, 2005
*Date*

*[Signature]*
*Signature*

Bradford M. Buchta
HURWITZ, SAGARIN & SLOSSBERG, LLC
*Print Name*

CT 26560
*Connecticut Federal Bar Number*

147 North Broad Street
*Address*

(203) 877-8000     (203) 878-9800
*Telephone     Facsimile*

Milford          CT          06460
*City          State          Zip Code*

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

    See Schedule A attached hereto.

*[Signature]*
Bradford M. Buchta

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service.)

Appearance.frm.feb.96

**SCHEDULE A**

Brian P. Leaming, Esquire
U.S. Attorney's Office-Hartford
450 Main Street, Room 328
Hartford, CT  06103

Eric P. Daigle, Esquire
Halloran & Sage
One Goodwin Square
225 Asylum Street
Hartford, CT  06103

James J. Szerejko, Esquire
Halloran & Sage
One Goodwin Square
225 Asylum Street
Hartford, CT  06103