# United States District Court
## District of Connecticut

DWAYNE BASEY,
        Plaintiff

VS.

CITY OF HARTFORD, et al.,
        Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  3:01CV1576 (JCH)

JANUARY 24, 2005

**To:** (Name and address of defendant)

    Alfred Fernino
    50 Hillcrest Avenue
    West Hartford, Connecticut

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    David A. Slossberg, Esq.
    Hurwitz, Sagarin & Slossberg LLC
    147 North Broad Street
    Milford, Connecticut  06460

an answer to the complaint which is herewith served upon you, within <u>twenty (20)</u> days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

KEVIN F. ROWE                                          FEB 0 7 2005
_____                    _____
CLERK                                                           DATE

_____
(BY) DEPUTY CLERK  Tiffany R. Burnley

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER (*Print*) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left: _____

_____

☐ Returned unexecuted: _____

_____

_____

_____

☐ Other: *(Specify)*: _____

_____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                    *Date*                                    *Signature of Server*

                                              _____
                                                    *Address of Server*

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Civil Procedure.

State of Connecticut        )
                            ) SS.  West Hartford          February 10, 2005
County of Hartford          )


Then and by virtue hereof and by direction of the plaintiff's attorney, I made due and legal service upon the within named defendant, ALFRED FERNINO, by leaving one verified true and attested copy of the original **United States District Court Summons in a Civil Case and Revised Complaint** at the usual place of abode of Alfred Fernino at 50 Hillcrest Avenue in said Town of West Hartford.

The within is the original **United States District Court Summons in a Civil Case and Revised Complaint** with my doings thereon endorsed.


                                            Attest:

                                            _____
                                            Frederick E. DiNardi, Jr.
                                            Connecticut State Marshal
Fees:                                       Hartford County
Service         $30.00
Travel           10.00
Pages            12.00
Endorsements      1.20
TOTAL           $53.20

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## District of Connecticut

DWAYNE BASEY,
        Plaintiff

**SUMMONS IN A CIVIL CASE**

VS.

CASE NUMBER: 3:01CV1576 (JCH)

CITY OF HARTFORD, et al.,
        Defendants

JANUARY 24, 2005

**To:** (Name and address of defendant)

    Christopher Lyons
    c/o Trinity College
    300 Summit Street
    Hartford, Connecticut

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    David A. Slossberg, Esq.
    Hurwitz, Sagarin & Slossberg LLC
    147 North Broad Street
    Milford, Connecticut 06460

an answer to the complaint which is herewith served upon you, within <u>twenty (20)</u> days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

KEVIN F. ROWE

FEB 07 2005

CLERK

DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (*Print*) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other: *(Specify)*: _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
                          *Date*

_____
*Signature of Server*

_____
*Address of Server*

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Civil Procedure.

State of Connecticut  )
                      ) SS.  Hartford
County of Hartford    )

February 10, 2005

Then and by virtue hereof and by direction of the plaintiff's attorney, I made due and legal service upon the within named defendant, CHRISTOPHER LYONS, by leaving one verified true and attested copy of the original **United States District Court Summons in a Civil Case and Revised Complaint** with and in the hands of Christopher Lyons at Trinity College, 200 Summit Street in said Town of Hartford.

The within is the original **United States District Court Summons in a Civil Case and Revised Complaint** with my doings thereon endorsed.

Attest:

_____
Frederick E. DiNardi, Jr.
Connecticut State Marshal
Hartford County

Fees:
Service        $30.00
Travel          10.00
Pages           12.00
Endorsements     1.20
TOTAL          $53.20

# United States District Court
## District of Connecticut

| | |
|---|---|
| DWAYNE BASEY,<br>　　　　　Plaintiff | **SUMMONS IN A CIVIL CASE** |
| VS. | CASE NUMBER: 3:01CV1576 (JCH) |
| CITY OF HARTFORD, et al.,<br>　　　　　Defendants | JANUARY 24, 2005 |

**To:** (Name and address of defendant)

　　Anthony Battistone
　　25 Adam Drive
　　Newington, Connecticut  06111

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

　　David A. Slossberg, Esq.
　　Hurwitz, Sagarin & Slossberg LLC
　　147 North Broad Street
　　Milford, Connecticut  06460

an answer to the complaint which is herewith served upon you, within <u>twenty (20)</u> days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

KEVIN F. ROWE　　　　　　　　　　　　　　　FEB 0 7 2005

CLERK　　　　　　　　　　　　　　　　　　　　DATE

(BY) DEPUTY CLERK　　*[signature]*

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER (Print) | TITLE |
| Check one box below to indicate appropriate method of service | |

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left: _____
_____

☐ Returned unexecuted: _____
_____
_____
_____

☐ Other: (Specify): _____
_____
_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |
| DECLARATION OF SERVER | | |

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
             Date                                 Signature of Server

                                                  _____
                                                  Address of Server

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Civil Procedure.

State of Connecticut ) 
                     ) SS. Newington            February 10, 2005
County of Hartford   )

Then and by virtue hereof and by direction of the plaintiff's attorney, I made due and legal service upon the within named defendant, ANTHONY BATTISTONE, by leaving one verified true and attested copy of the original **United States District Court Summons in a Civil Case and Revised Complaint** with and in the hands of Anthony Battistone at 25 Adam Drive in said Town of Newington.

The within is the original **United States District Court Summons in a Civil Case and Revised Complaint** with my doings thereon endorsed.

Attest:

*Frederick E. DiNardi, Jr.*
Frederick E. DiNardi, Jr.
Connecticut State Marshal
Hartford County

Fees:
Service        $30.00
Travel          15.00
Pages           12.00
Endorsements     1.20
TOTAL          $58.20