# United States District Court
# District of Connecticut

| | |
|---|---|
| DWAYNE BASEY,<br>　　　　Plaintiff | **SUMMONS IN A CIVIL CASE** |
| VS. | CASE NUMBER: 3:01CV1576 (JCH) |
| CITY OF HARTFORD, et al.,<br>　　　　Defendants | JANUARY 24, 2005 |

**To:** (Name and address of defendant)

　　Alfred Henderson
　　89 Earl Street
　　Hartford, Connecticut  06108

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

　　David A. Slossberg, Esq.
　　Hurwitz, Sagarin & Slossberg LLC
　　147 North Broad Street
　　Milford, Connecticut  06460

an answer to the complaint which is herewith served upon you, within <u>twenty (20)</u> days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

___KEVIN F. ROWE_____　　___FEB 0 7 2005_____
CLERK　　　　　　　　　　　　　　　　　DATE

___[signature]_____
(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (*Print*) | TITLE |
| *Check one box below to indicate appropriate method of service* | |

☐   Served personally upon the defendant. Place where served: _____

_____

☐   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.  Name of person with whom the summons and complaint were left: _____

_____

☐   Returned unexecuted: _____

_____

_____

☐   Other: (*Specify*): _____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                        *Date*                                                         *Signature of Server*

                                                                                     _____
                                                                                     *Address of Server*

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Civil Procedure.

3:01 CV1576 (JCH)

State of Connecticut  )
                      ) SS. Hartford
County of Hartford    )

FILED February 16, 2005

2005 FEB 25 P 12: 13

U.S. DISTRICT COURT
BRIDGEPORT CONN

Then and by virtue hereof and by direction of the plaintiff's attorney, I made due and legal service upon the within named defendant, **ALFRED HENDERSON**, by leaving one verified true and attested copy of the original **United States District Court Summons in a Civil Case and Revised Complaint** with and in the hands of Alfred Henderson at Hartford Police Department, 50 Jennings Road in said Town of Hartford.

The within is the original **United States District Court Summons in a Civil Case and Revised Complaint** with my doings thereon endorsed.

Attest:

*Frederick E. DiNardi* (signature)
Frederick E. DiNardi, Jr.
Connecticut State Marshal
Hartford County

Fees:
Service       $30.00
Travel         20.00
Pages           7.00
Endorsements    4.00
TOTAL         $61.00