UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DWAYNE BASEY | : | CIVIL ACTION NO. |
|     Plaintiff | : | 3:01CV1576 (JCH) |
| | : | |
| VS. | : | |
| | : | |
| CITY OF HARTFORD, | : | |
| ALFRED HENDERSON, | : | |
| CHRISTOPHER LYONS, ANTHONY | : | |
| BATTISTONE, ALFRED FERNINO, | : | |
| and JANE DOE, | : | MARCH 2, 2005 |
|     Defendants | : | |

**ANSWER AND AFFIRMATIVE RESPONSES
TO PLAINTIFF'S REVISED COMPLAINT**

1.  As to the allegations contained in Paragraph 1, these defendants have insufficient knowledge on which to form a belief and therefore, leave the plaintiff to his proof.

2.  So much of Paragraph 2 which alleges "Defendant City of Hartford is a political subdivision of the State of Connecticut" is admitted; as to the remaining allegations contained in Paragraph 2, these defendants have insufficient knowledge on which to form a belief and therefore, leave the plaintiff to his proof.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

3. So much of Paragraph 3 which alleges "At all relevant times, Defendant Alfred Henderson was a resident of the State of Connecticut and was a duly appointed police officer in the Hartford Police Department authorized to enforce the laws of the State of Connecticut: is admitted; as to the remaining allegations contained in Paragraph 3, these defendants have insufficient knowledge on which to form a belief and therefore, leave the plaintiff to his proof.

4. So much of Paragraph 4 which alleges "At all relevant times, Defendant Christopher Lyons was a resident of the State of Connecticut and was a duly appointed police officer in the Hartford Police Department authorized to enforce the laws of the State of Connecticut: is admitted; as to the remaining allegations contained in Paragraph 4, these defendants have insufficient knowledge on which to form a belief and therefore, leave the plaintiff to his proof.

5. So much of Paragraph 5 which alleges "At all relevant times, Defendant Anthony Battistone was a resident of the State of Connecticut and was a duly appointed police officer in the Hartford Police Department authorized to enforce the laws of the State of Connecticut: is admitted; as to the remaining allegations contained in Paragraph 5, these defendants have insufficient knowledge on which to form a belief and therefore, leave the plaintiff to his proof.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

6. So much of Paragraph 6 which alleges "At all relevant times, Defendant Alfred Fernino was a resident of the State of Connecticut and was a duly appointed police officer in the Hartford Police Department authorized to enforce the laws of the State of Connecticut: is admitted; as to the remaining allegations contained in Paragraph 6, these defendants have insufficient knowledge on which to form a belief and therefore, leave the plaintiff to his proof.

7. As to the allegations contained in Paragraph 7, these defendants have insufficient knowledge on which to form a belief and therefore, leave the plaintiff to his proof.

8. As to the allegations contained in Paragraph 8, these defendants have insufficient knowledge on which to form a belief and therefore, leave the plaintiff to his proof.

9. The allegations contained in Paragraph 9 are admitted.

10. As to the allegations contained in Paragraph 10, these defendants have insufficient knowledge on which to form a belief and therefore, leave the plaintiff to his proof.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

11. As to the allegations contained in Paragraph 11, these defendants have insufficient knowledge on which to form a belief and therefore, leave the plaintiff to his proof.

12. As to the allegations contained in Paragraph 12, these defendants have insufficient knowledge on which to form a belief and therefore, leave the plaintiff to his proof.

13. As to the allegations contained in Paragraph 13, these defendants have insufficient knowledge on which to form a belief and therefore, leave the plaintiff to his proof.

14. As to the allegations contained in Paragraph 14, these defendants have insufficient knowledge on which to form a belief and therefore, leave the plaintiff to his proof.

15. As to the allegations contained in Paragraph 15, these defendants have insufficient knowledge on which to form a belief and therefore, leave the plaintiff to his proof.

16. As to the allegations contained in Paragraph 16 which allege "Defendant Henderson punched the Plaintiff in the stomach with his fist and struck the right side of the Plaintiff's jaw with his forearm, shoulder tackling the Plaintiff to

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

the ground" is denied; as to the remaining allegations contained in Paragraph 16, these defendants have insufficient knowledge on which to form a belief and therefore, leave the plaintiff to his proof.

17. As to the allegations contained in Paragraph 17, these defendants have insufficient knowledge on which to form a belief and therefore, leave the plaintiff to his proof.

18. As to the allegations contained in Paragraph 18, these defendants have insufficient knowledge on which to form a belief and therefore, leave the plaintiff to his proof.

19. So much of Paragraph 19 which states "Defendant Henderson then threw the Plaintiff's cell phone against a wall shattering the cell phone into many pieces" is denied. As to the remaining allegations contained in Paragraph 19, these defendants have insufficient knowledge on which to form a belief and therefore, leave the plaintiff to his proof.

20. The allegations contained in Paragraph 20 are denied.

21. As to the allegations contained in Paragraph 21, these defendants have insufficient knowledge on which to form a belief and therefore, leave the plaintiff to his proof.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

22. As to the allegations contained in Paragraph 22, these defendants have insufficient knowledge on which to form a belief and therefore, leave the plaintiff to his proof.

23. So much of Paragraph 23 which states "Defendant Jane Doe, and officers Fernino, Lyons, and Battistone observed Henderson's unlawful assault and battery upon the Plaintiff and failed to intervene to stop the use of excessive force" is denied. As to the remaining allegations contained in Paragraph 23, these defendants have insufficient knowledge on which to form a belief and therefore, leave the plaintiff to his proof.

24. As to the allegations contained in Paragraph 24, these defendants have insufficient knowledge on which to form a belief and therefore, leave the plaintiff to his proof.

25. So much of Paragraph 25 which states "Initially, Sergeant Lyons refused to send the Plaintiff to the hospital and told the Plaintiff that he would have to post five million dollars ($5,000,000) in bond" is denied. As to the remaining allegations contained in Paragraph 25, these defendants have insufficient knowledge on which to form a belief and therefore, leave the plaintiff to his proof.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

26. As to the allegations contained in Paragraph 26, these defendants have insufficient knowledge on which to form a belief and therefore, leave the plaintiff to his proof.

27. As to the allegations contained in Paragraph 27, these defendants have insufficient knowledge on which to form a belief and therefore, leave the plaintiff to his proof.

28. As to the allegations contained in Paragraph 28, these defendants have insufficient knowledge on which to form a belief and therefore, leave the plaintiff to his proof.

29. These defendants' answers to Paragraphs 1 through 28 are hereby incorporated by reference and made their answer to Paragraph 29.

30. The allegations contained in Paragraph 30 are denied.

31. As to the allegations contained in Paragraph 31, these defendants have insufficient knowledge on which to form a belief and therefore, leave the plaintiff to his proof.

32. These defendants' answers to Paragraphs 1 through 31 are hereby incorporated by reference and made their answer to Paragraph 32.

33. The allegations contained in Paragraph 33 are denied.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

34. The allegations contained in Paragraph 34 are denied.

35. The allegations contained in Paragraph 35 are denied.

36. As to the allegations contained in Paragraph 36, these defendants have insufficient knowledge on which to form a belief and therefore, leave the plaintiff to his proof.

37. As to the allegations contained in Paragraph 37, these defendants have insufficient knowledge on which to form a belief and therefore, leave the plaintiff to his proof.

38. These defendants' answers to Paragraphs 1 through 37 are hereby incorporated by reference and made their answer to Paragraph 38.

39. So much of Paragraph 39 which alleges "Instead of intervening, defendants watched as the assault took place, thereby condoning and encouraging the bad conduct" is denied. As to the remaining allegations of Paragraph 39, these defendants have insufficient knowledge on which to form a belief and therefore, leaves the plaintiff to his proof.

40. The allegations contained in Paragraph 40 are denied.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

41. As to the allegations contained in Paragraph 41, these defendants have insufficient knowledge on which to form a belief and therefore, leave the plaintiff to his proof.

42. These defendants' answers to Paragraphs 1 through 41 are hereby incorporated by reference and made their answer to Paragraph 42.

43. The allegations contained in Paragraph 43 are denied.

44. The allegations contained in Paragraph 44 are denied.

45. As to the allegations contained in Paragraph 45, these defendants have insufficient knowledge on which to form a belief and therefore, leave the plaintiff to his proof.

46. These defendants' answers to Paragraphs 1 through 45 are hereby incorporated by reference and made their answer to Paragraph 46.

47. The allegations contained in Paragraph 47 are denied.

48. The allegations contained in Paragraph 48 are denied.

49. The allegations contained in Paragraph 49 are denied.

50. As to the allegations contained in Paragraph 50, these defendants have insufficient knowledge on which to form a belief and therefore, leave the plaintiff to his proof.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

51. These defendants' answers to Paragraphs 1 through 50 are hereby incorporated by reference and made their answer to Paragraph 51.

52. The allegations contained in Paragraph 52 are denied.

53. The allegations contained in Paragraph 53 are denied.

54. As to the allegations contained in Paragraph 54, these defendants have insufficient knowledge on which to form a belief and therefore, leave the plaintiff to his proof.

## AFFIRMATIVE DEFENSES

First Affirmative Defense

The plaintiff's Complaint fails to state a claim upon which relief can be granted.

Second Affirmative Defense

The undersigned defendants, Henderson, Lyons, Battistone and Fernino are entitled to qualified immunity insofar as they did not violate any clearly established constitutional right of the plaintiff, or, alternatively, their actions were objectively reasonable in view of the circumstances then and there existing.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

<u>Third Affirmative Defense</u>

The undersigned defendants are immune from liability as to the state law claims in that they were engaged in discretionary acts as part of their governmental functions.

One Goodwin Square  
225 Asylum Street  
Hartford, CT 06103

HALLORAN  
& SAGE LLP

Phone (860) 522-6103  
Fax (860) 548-0006  
Juris No. 26105

Fourth Affirmative Defense

As to the plaintiff's claim of assault and battery, any actions taken by the defendant Henderson were in response to the actions taken by the plaintiff and were reasonable and privileged under the circumstances.

Fifth Affirmative Defense

The defendant, City of Hartford, is immune from liability for punitive damages.

DEFENDANTS:
CITY OF HARTFORD;
ALFRED HENDERSON;
CHRISTOPHER LYONS;
ANTHONY BATTISTONE;
ALFRED FERNINO;

BY: _____
Eric P. Daigle
Fed. Bar No. ct 23486
HALLORAN & SAGE LLP
One Goodwin Square
Hartford, CT  06103
Tel: (860) 522-6103
daigle@halloran-sage.com

- 12 -

One Goodwin Square         HALLORAN         Phone (860) 522-6103
225 Asylum Street          & SAGE LLP        Fax (860) 548-0006
Hartford, CT 06103                           Juris No. 26105

## CERTIFICATION

      This is to certify that on this 2nd day of March, 2005, the foregoing was either mailed, postpaid, or hand-delivered to:

David A. Slossberg, Esquire
T. Scott Cowperthwait (pro hac vice)
Hurwitz, Sagarin & Slossberg, LLC
147 N. Broad Street
P.O. Box 112
Milford, CT 06460-0112


                                                  _____
                                                  Eric P. Daigle

636539.1(HS-FP)

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105