UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DWAYNE BASEY | : | CIVIL ACTION NO. |
|     Plaintiff | : | 3:01CV1576 (JCH) |
| | : | |
| VS. | : | |
| | : | |
| CITY OF HARTFORD, | : | |
| ALFRED HENDERSON, | : | |
| CHRISTOPHER LYONS, ANTHONY | : | |
| BATTISTONE, ALFRED FERNINO, | : | |
| and JANE DOE, | : | MARCH 2, 2005 |
|     Defendants | : | |

**MOTION TO WITHDRAW
DEFENDANTS' MOTION TO DISMISS**

The undersigned defendants hereby withdraw their pending Motion to Dismiss filed on January 12, 2005 as it is now moot.  In support of this Motion, the defendants submit the following:

On November 22, 2004, plaintiff's counsel filed a Revised Complaint alleging constitutional violations against the undersigned defendants.  On January 12, 2005, these defendants filed a Motion to Dismiss the Revised Complaint pursuant to Rules 4(m) and 4(e) of the Federal Rules of Civil Procedure.  In particular, the undersigned defendants alleged that the plaintiff

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

had not served them within 120 days and that the plaintiff had failed to properly serve the defendants in their individual capacities.

Plaintiff's counsel requested an extension of time to serve the undersigned defendants in their individual capacities, which was granted by the Court on February 4, 2005. Summonses were reissued on February 7, 2005. On February 17, 2005, the summonses were returned executed as to defendants, Anthony Battistone, Alfred Fernino and Christopher Lyons, in their individual capacities. On February 25, 2005, a summons was returned executed as to Alfred Henderson, in his individual capacity.

Based on the Court's granting additional time for the plaintiff to serve the undersigned defendants and upon information and belief that the defendants were served, the undersigned defendants hereby withdraw their pending Motion to Dismiss.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

          DEFENDANTS:
          CITY OF HARTFORD;
          ALFRED HENDERSON;
          CHRISTOPHER LYONS;
          ANTHONY BATTISTONE;
          ALFRED FERNINO;

      BY: _____
          Eric P. Daigle
          Fed. Bar No. ct 23486
          HALLORAN & SAGE LLP
          One Goodwin Square
          Hartford, CT 06103
          Tel: (860) 522-6103
          daigle@halloran-sage.com

## CERTIFICATION

    This is to certify that on this 2nd day of March, 2005, the foregoing was either mailed, postpaid, or hand-delivered to:

David A. Slossberg, Esquire
T. Scott Cowperthwait (pro hac vice)
Hurwitz, Sagarin & Slossberg, LLC
147 N. Broad Street
P.O. Box 112
Milford, CT 06460-0112

                    _____
                      Eric P. Daigle

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

636539.1(HS-FP)

- 4 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105