UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DWAYNE BASEY | : | CIVIL ACTION NO. |
|     Plaintiff | : | 3:01CV1576 (JCH) |
| | : | |
| VS. | : | |
| | : | |
| CITY OF HARTFORD, | : | |
| ALFRED HENDERSON, | : | |
| CHRISTOPHER LYONS, ANTHONY | : | |
| BATTISTONE, ALFRED FERNINO, | : | |
| and JANE DOE, | : | MARCH 18, 2005 |
|     Defendants | : | |

**MOTION FOR ENLARGEMENT OF TIME**

The undersigned, on behalf of the defendants, Anthony Battistone, Alfred Henderson, Christopher Lyons, Alfred Fernino and the City of Hartford, respectfully requests this Court for an enlargement of time of thirty days from April 8, 2005 to and including May 8, 2005, in which to respond and/or object to the plaintiff's First Set of Interrogatories and Requests for Production of Documents. This is the defendants' first such request for an enlargement of time. Counsel for the defendants makes this request so that the defendants may be allowed time to gather information and documents in which to properly respond to the plaintiff's discovery requests.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

The plaintiff's counsel, Bradford Buchta, has no objection to this request.

DEFENDANTS:
CITY OF HARTFORD;
ALFRED HENDERSON;
CHRISTOPHER LYONS;
ANTHONY BATTISTONE;
ALFRED FERNINO;

BY: _____
Eric P. Daigle
Fed. Bar No. ct 23486
HALLORAN & SAGE LLP
One Goodwin Square
Hartford, CT  06103
Tel: (860) 522-6103
daigle@halloran-sage.com

CERTIFICATION

This is to certify that on this 18th day of March, 2005, the foregoing was either mailed, postpaid, or hand-delivered to:

David A. Slossberg, Esquire
T. Scott Cowperthwait (pro hac vice)
Hurwitz, Sagarin & Slossberg, LLC
147 N. Broad Street
P.O. Box 112
Milford, CT 06460-0112

_____
Eric P. Daigle

664065.1

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105