UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DWAYNE BASEY,<br>      Plaintiff, | :<br>:   CIVIL ACTION NO.<br>:   3:01CV1576(JCH)<br>: |
| vs. | : |
| CITY OF HARTFORD, ALFRED<br>HENDERSON, CHRISTOPHER LYONS,<br>ANTHONY BATTISTONE, ALFRED<br>FERNINO, and JANE DOE,<br>      Defendants. | :<br>:<br>:<br>:<br>:   MARCH 24, 2005 |

### JOINT MOTION FOR MODIFICATION OF SCHEDULING ORDER

The parties jointly move this Court for a modification to the scheduling order entered by this Court on October 20, 2004 (doc. # 75). Pursuant to that Order, this Court set a discovery deadline of April 1, 2005, and a dispositive deadline of May 1, 2005. The parties respectfully request that this Court extend the above deadlines ninety (90) days to and including July 1, 2005 and August 1, 2005 respectively. In support hereof, the parties represent as follows:

1. The undersigned counsel was appointed by this Court to represent Plaintiff pro bono and filed an appearance on September 7, 2004 (doc. #70).

2. On November 22, 2004, plaintiff filed a Revised Complaint (doc. #76) identifying the defendants in this action as the City of Hartford, Detective Alfred Henderson, Sergeant Christopher Lyons, Detective Anthony Battistone, and Detective Alfred Fernino, and summonses were reissued.

3. On January 11, 2005, defendants filed a Motion to Dismiss the claims against them in their individual capacities because Plaintiff had not served them within 120 days (doc. #79). On February 4, 2005, however, this Court granted Plaintiff an enlargement of time to and including March 10, 2005 to serve the defendants in their individual capacities (doc. #82). All defendants have since been served in their individual capacities.

4. On March 3, 2005, all defendants filed an Answer to the Revised Complaint with Affirmative Defenses (doc. #87).

5. On March 9, 2005, plaintiff served written discovery on all defendants to be answered within 30 days.

6. On March 22, 2005, this Court granted defendant an enlargement of time to and including May 8, 2005 to respond to plaintiff's discovery requests. As a result, discovery will not be completed by April 1, 2005.

7. Moreover, defendants have not yet had an opportunity to serve written discovery, and neither party has yet had an opportunity to conduct any depositions.

WHEREFORE, for the foregoing reasons, the parties jointly request that this Court extend the discovery deadline to and including July 1, 2005, and the dispositive deadline to and including August 1, 2005.

THE PLAINTIFF
DWAYNE BASEY

BY _____
David A. Slossberg CT13116
Bradford M. Buchta CT26560
Hurwitz, Sagarin & Slossberg, LLC
147 N. Broad Street
P.O. Box 112
Milford, CT 06460-0112
Tel: (203) 877-8000
Fax: (203) 878-9800

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed, first class mail, on March 24, 2005 to:

Eric P. Daigle, Esq.
Halloran & Sage
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

_____
BRADFORD M. BUCHTA

3