UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DWAYNE BASEY, : | |
|     Plaintiff, : | CIVIL ACTION NO. |
| : | 3:01CV1576(JCH) |
| vs. : | |
| : | |
| CITY OF HARTFORD, ALFRED : | |
| HENDERSON, CHRISTOPHER LYONS, : | |
| ANTHONY BATTISTONE, ALFRED : | |
| FERNINO, and JANE DOE, : | |
|     Defendants. : | MAY 2, 2005 |

**MOTION ON CONSENT FOR ENLARGEMENT OF TIME**

    Plaintiff hereby respectfully moves the Court for an extension of time of forty five (45) days, up to and including June 22, 2005, to respond to Defendants' Interrogatories and Requests for Production dated April 8, 2005. In support hereof, plaintiff states as follows:

    1.    Good cause exists for granting this motion. Plaintiff is currently incarcerated and does not have the documents requested in Defendants' discovery in his possession. Therefore, plaintiff will need additional time to gather the documents necessary to prepare the appropriate responses to said discovery.

    2.    Further, Plaintiff's counsel will need additional time to meet with the plaintiff, fully review his responses with him and have him sign the verification and any appropriate authorizations.

    3.    Counsel for Plaintiff spoke with Defendants' counsel, Eric P. Daigle, prior to the filing of this motion, and Defendants' counsel indicated that Defendants do not oppose the granting of this motion.

4.  This is the Plaintiff's first request for an extension of time to respond to the Defendants' discovery requests.

## **CONCLUSION**

For the foregoing reasons, Plaintiff respectfully requests that the Court grant his request for an extension of time up to and including June 22, 2005 to respond to the Defendants' Interrogatories and Request for Production dated April 8, 2005.

           THE PLAINTIFF
           DWAYNE BASEY


           BY_____/s/_____
           David A. Slossberg CT13116
           Bradford M. Buchta  CT 26560
           Hurwitz, Sagarin & Slossberg, LLC
           147 N. Broad Street
           P.O. Box 112
           Milford, CT  06460-0112
           Tel:  (203) 877-8000
           Fax:  (203) 878-9800

## **CERTIFICATE OF SERVICE**

      This is to certify that a copy of the foregoing was mailed, first class mail, on May 2, 2005 to:

Eric P. Daigle, Esq.
Halloran & Sage
One Goodwin Square
225 Asylum Street
Hartford, CT  06103

James J. Szerejko, Esq.
Halloran & Sage
One Goodwin Square
225 Asylum Street
Hartford, CT  06103

                                                          /s/
                                        BRADFORD M. BUCHTA