UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DWAYNE BASEY | : | CIVIL ACTION NO. |
|     Plaintiff | : | 3:01CV1576 (JCH) |
| | : | |
| VS. | : | |
| | : | |
| CITY OF HARTFORD, | : | |
| ALFRED HENDERSON, | : | |
| CHRISTOPHER LYONS, ANTHONY | : | |
| BATTISTONE, ALFRED FERNINO, | : | |
| and JANE DOE, | : | MAY 4, 2005 |
|     Defendants | : | |

## MOTION FOR ENLARGEMENT OF TIME

The undersigned, on behalf of the defendants, Anthony Battistone, Alfred Henderson, Christopher Lyons, Alfred Fernino and the City of Hartford, respectfully requests this Court for an enlargement of time of 45 days from April 8, 2005, to and including **June 22, 2005**, within which to respond and/or object to the plaintiff's First Set of Interrogatories and Requests for Production of Documents. Counsel for the defendants contends that good cause exists.

The undersigned contends that three (3) of the four (4) named defendants in this action are retired from the Hartford Police Department and have been retired since shortly after the subject incident in or about 2001. The undersigned counsel makes this request so that the defendants may be allowed time to

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

gather information and documents in which to properly respond and or object to the plaintiff's discovery requests.

Plaintiff's counsel, Bradford Buchta, has no objection to this request.

This is the defendants' second request for an enlargement of time.

```
                        DEFENDANTS:
                        CITY OF HARTFORD;
                        ALFRED HENDERSON;
                        CHRISTOPHER LYONS;
                        ANTHONY BATTISTONE;
                        ALFRED FERNINO


            BY:_____
                Eric P. Daigle
                Fed. Bar No. ct 23486
                HALLORAN & SAGE LLP
                One Goodwin Square
                Hartford, CT 06103
                Tel: (860) 522-6103
                daigle@halloran-sage.com
```

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

This is to certify that on this 4th day of May, 2005, the foregoing was either mailed, postpaid, or hand-delivered to:

David A. Slossberg, Esquire
Bradford Buchta, Esquire
Hurwitz, Sagarin & Slossberg, LLC
147 N. Broad Street
P.O. Box 112
Milford, CT 06460-0112

_____
Eric P. Daigle

683164

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105