UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DWAYNE BASEY,<br>　　　　Plaintiff, | :<br>: CIVIL ACTION NO.<br>: 3:01CV1576(JCH)<br>: |
| vs. | : |
| CITY OF HARTFORD, ALFRED<br>HENDERSON, CHRISTOPHER LYONS,<br>ANTHONY BATTISTONE, ALFRED<br>FERNINO, and JANE DOE,<br>　　　　Defendants. | :<br>:<br>:<br>:<br>: JUNE 29, 2005 |

## JOINT MOTION FOR MODIFICATION OF THE SCHEDULING ORDER

The parties jointly move this Court for a Modification of the Scheduling Order entered by this Court on April 4, 2005 (doc. #93). Pursuant to that Order, this Court set a discovery deadline of July 1, 2005, and a dispositive deadline of August 1, 2005. The parties respectfully request that this Court extend the above deadlines ninety (90) days to and including October 1, 2005 and November 1, 2005 respectively. In support hereof, the parties represent as follows:

　　1.　　The undersigned counsel was appointed by this Court to represent Plaintiff pro bono and filed an appearance on September 7, 2004 (doc. #70).

　　2.　　Since that time, the parties have been working diligently on this matter. Nonetheless, various issues have arisen that have delayed the completion of discovery. Plaintiff, for example, filed a Revised Complaint on or about November 22, 2004 (doc. #76). However, because the defendant officers were no longer actively employed by the Hartford Police Department, the undersigned counsel was caused to expend time and money to investigate, locate, and serve the defendants in their individual capacities.

Despite these obstacles, all of the defendants were served in their official and individual capacities by February 25, 2005. Notwithstanding, the foregoing impediment delayed the commencement of discovery in this matter.

3. On or about March 9, 2005, plaintiff served written discovery on all defendants, and on April 8, 2005, defendants served written discovery on plaintiff. Both parties have been working diligently to complete written discovery, but various issues, such as plaintiff's incarceration and defense counsel's inability to locate two of the defendant officers, have prolonged these efforts. Consequently, the completion of written discovery has been further delayed.

4. Despite these delays, the parties expect to serve responses and objections, if any, to written discovery by July 22, 2005.[1]  However, because (a) the parties have not yet completed written discovery, (b) defense counsel has been unable to locate two of the defendant officers, and (c) defendant is incarcerated, the parties have been unable to conduct any depositions as of this date. The parties agree that more time is needed to complete discovery and file dispositive motions, if any, in this matter. Given the circumstances, good cause exists for granting this Motion.

5. This is the parties' second request for a Modification of the Scheduling Order.

---

[1] Plaintiff's counsel has already served objections and will serve responses as soon as plaintiff's Master File is received from the Connecticut Department of Corrections.

WHEREFORE, for the foregoing reasons, the parties jointly request that this Court extend the discovery deadline to and including October 1, 2005, and the dispositive deadline to and including November 1, 2005.

>
> THE PLAINTIFF
> DWAYNE BASEY
>
> BY _____
> David A. Slossberg CT13116
> Bradford M. Buchta  CT 26560
> Hurwitz, Sagarin & Slossberg, LLC
> 147 N. Broad Street
> P.O. Box 112
> Milford, CT  06460-0112
> Tel:  (203) 877-8000
> Fax:  (203) 878-9800

**CERTIFICATE OF SERVICE**

    This is to certify that a copy of the foregoing was electronically delivered on June 29, 2005 to:

Eric P. Daigle, Esq.
Halloran & Sage
One Goodwin Square
225 Asylum Street
Hartford, CT  06103

 

_____
BRADFORD M. BUCHTA