UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DWAYNE BASEY,<br>       Plaintiff, | :<br>:   CIVIL ACTION NO.<br>:   3:01CV1576(JCH)<br>: |
| vs. | : |
| CITY OF HARTFORD, ALFRED HENDERSON,<br>CHRISTOPHER LYONS, ANTHONY<br>BATTISTONE, ALFRED FERNINO; and<br>JANE DOE,<br>       Defendants. | :<br>:<br>:<br>:<br>:   September 9, 2005 |

## PLAINTIFF'S MOTION TO COMPEL

Pursuant to Federal Rule of Civil Procedure Rule 37, the Plaintiff, Dwayne Basey, hereby moves to compel the Defendants City of Hartford, Alfred Henderson, Christopher Lyons, Anthony Battistone, and Alfred Fernino to answer Plaintiff's interrogatories and production requests dated March 9, 2005. Defendants' boilerplate objections were improper as Plaintiff seeks relevant evidence within the broad scope of permissible discovery. The grounds for this motion are as follows:

    1.    This case involves claims of excessive force and intentional indifference against the named Defendant police officers. On May 18, 2001, the Plaintiff was chased by plain-clothes police officers who failed to identify themselves as officers and was assaulted by Defendant Henderson both before and after he was arrested. Henderson kicked Plaintiff in the face after he was apprehended, breaking his nose and also threw Plaintiff's cell phone against a wall, shattering it to pieces.

    2.    Defendants Lyons, Battistone, Fernino and Doe, the other officers, witnessed the assault by Henderson and failed to intervene. All of the officers also failed to provide Plaintiff

with proper medical treatment for Plaintiff's broken nose and other injuries as a result of the assault.

3.  Plaintiff served interrogatories and production requests on counsel for the Defendants on March 9, 2005.

4.  Under the guise of corporation, Plaintiff agreed on two separate occasions to a joint motion for modification of the scheduling order, which extended the discovery deadlines in this case.

5.  After a four month delay, when it was finally time for Defendants to provide substantive documents, Defendants issued boilerplate objections as to the critical issues that each request was overly broad, unduly burdensome, not reasonably limited, and not reasonably calculated to lead to the discovery of admissible evidence. Specifically, Defendants refused to produce the officers' personnel files or provide any information relating to the officers' encounters with Plaintiff and whether complaints were filed or discipline was rendered for similar offenses.

6.  Defendants' boilerplate objections should not preclude the production of information that is obviously relevant and reasonably calculated to lead to the discovery of admissible evidence.

7.  The personnel files are clearly relevant as there is no better source of information regarding the conduct, temperament and motive of the officers then the documentation which is contained in these files.

8.  Plaintiff's request regarding discipline and complaints filed against the Defendants are clearly relevant in determining whether the officers have a history of such behavior and whether the City of Hartford was on notice of Defendants' improper behavior.

9. Information relating to the officers' encounters with the Plaintiff is also relevant to establishing potential motives for their improper behavior against Plaintiff, especially considering that Plaintiff has alleged having a past history of confrontations with Defendant Henderson.

WHEREFORE, in view of the foregoing and as fully set forth in Plaintiff's memorandum of law in support of this motion, Plaintiff respectfully requests that the Court issue an order compelling the Defendants to provide answers and responsive documents to the interrogatories and production requests specifically referenced in Plaintiff's accompanying memorandum within one week of the date of the Court's order.

THE PLAINTIFF
DWAYNE BASEY

BY: _____
David A. Slossberg CT13116
Brian C. Fournier CT16272
Hurwitz, Sagarin & Slossberg, LLC
147 N. Broad Street
P.O. Box 112
Milford, CT 06460-0112
Tel: (203) 877-8000
Fax: (203) 878-9800

## Certificate of Service

This is to certify that a copy of the foregoing was served by regular mail, first class postage prepaid on this 9th day of September, 2005, to:

Eric P. Daigle, Esq.
Halloran & Sage
One Goodwin Square
225 Asylum Street
Hartford, CT  06103

David A. Slossberg