UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DWAYNE BASEY,<br>        Plaintiff, | : | CIVIL ACTION NO.<br>3:01CV1576(JCH) |
| vs. | : | |
| CITY OF HARTFORD, ALFRED HENDERSON,<br>CHRISTOPHER LYONS, ANTHONY<br>BATTISTONE, ALFRED FERNINO; and<br>JANE DOE,<br>        Defendants. | :<br>:<br>:<br>:<br>: | September 9, 2005 |

### AFFIDAVIT OF BRIAN J. WHEELIN
### IN SUPPORT OF MOTION TO COMPEL

I, Brian J. Wheelin, being duly sworn, hereby depose and say:

1. I am over the age of eighteen years and understand the obligations of an oath.

2. I am an associate at the law firm of Hurwitz, Sagarin & Slossberg, LLC and am counsel for Plaintiff, Dwayne Basey

3. On September 6, 2005, I spoke with opposing counsel regarding Defendants' objections to Plaintiff's interrogatories and production requests.

4. During this conversation, opposing counsel informed me that he would not be producing the officers' personnel files or any information relating to the officers' encounters with Plaintiff and whether they were ever disciplined for similar offenses.

                                              Brian J. Wheelin

Subscribed and sworn to before me,
this 9th day of September, 2005.

Commissioner of the Superior Court
Notary Public

My Commission Exp. Feb. 28, 2006

## Certificate of Service

This is to certify that a copy of the foregoing was served by regular mail, first class postage prepaid on this 9th day of September, 2005, to:

Eric P. Daigle, Esq.
Halloran & Sage
One Goodwin Square
225 Asylum Street
Hartford, CT  06103


_____
Brian J. Wheelin