UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DWAYNE BASEY | : | CIVIL ACTION |
| Plaintiff, | : | 3:01CV1576 (JCH) |
| V. | : | |
| | : | |
| CITY OF HARTFORD, | : | |
| ALFRED HENDERSON, | : | |
| CHRISTOPHER LYONS, ANTHONY | : | |
| BATTISTONE, ALFRED FERNINO and | : | |
| JANE DOE, | : | |
| Defendants. | : | SEPTEMBER 19, 2005 |

## REQUEST FOR LEAVE OF COURT TO DEPOSE THE PLAINTIFF

Pursuant to Federal Rule of Civil Procedure 30(a)(2), the undersigned defendants hereby request leave of the court to depose the plaintiff, Dwayne Basey, who is presently confined in prison. More specifically, the plaintiff is confined to Northern Correctional Institute, which is located at 287 Bolton Road, Somers, Connecticut. The undersigned defendants request to take the plaintiff's deposition at Northern Correctional Institute on October 4, 2005 at 11:00 a.m.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

05645 0607
HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No 26105

DEFENDANTS,
CITY OF HARTFORD;
ALFRED HENDERSON;
CHRISTOPHER LYONS;
ANTHONY BATTISTONE;
and ALFRED FERNINO;

By _____
Eric P. Daigle
Fed. Bar No. ct 23486
HALLORAN & SAGE LLP
One Goodwin Square
Hartford, CT 06103
Tele: (860) 522-6103
daigle@halloran-sage.com

## CERTIFICATION

This is to certify that on this 19th day of September, 2005, I hereby mailed a copy of the foregoing to:

David A. Slossberg, Esq.
Bradford Michael Buchta, Esq.
Hurwitz, Sagarin & Slossberg, LLC.
147 N. Broad Street
P.O. Box 112
Milford, CT 06460-0112

_____
Eric P. Daigle

732251-1(HSFP)

- 2 –

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No 26105