UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DWAYNE BASEY,
    Plaintiff,

vs.

CITY OF HARTFORD, ALFRED
HENDERSON, CHRISTOPHER LYONS,
ANTHONY BATTISTONE, ALFRED
FERNINO, and JANE DOE,
    Defendants.

CIVIL ACTION NO.
3:01CV1576(JCH)

September 21, 2005

### MOTION FOR WITHDRAWAL OF APPEARANCE

Pursuant to Rule 7(e) of the Local Rules of Civil Procedure, the undersigned hereby moves for leave to withdraw Bradford M. Buchta as counsel of record for plaintiff, as he has separated from the law firm of Hurwitz, Sagarin & Slossberg, LLC. David A. Slossberg continues to represent the plaintiff and no hardship will be caused by this withdrawal.

THE PLAINTIFF

By: _____
David A. Slossberg CT 13116
HURWITZ, SAGARIN & SLOSSBERG, LLC
147 N. Broad Street
P.O. Box 112
Milford, Connecticut 06460
(203) 877-8000

## Certificate of Service

This is to certify that a copy of the foregoing was mailed, first class mail on September 21, 2005 to:

Eric P. Daigle, Esq.
Halloran & Sage
One Goodwin Square
225 Asylum Street
Hartford, CT  06103

_____
David A. Slossberg

2