UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DWAYNE BASEY | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:01CV1576 (JCH) |
| | : | |
| | : | |
| VS. | : | |
| | : | |
| CITY OF HARTFORD, | : | |
| ALFRED HENDERSON, | : | |
| CHRISTOPHER LYONS, ANTHONY | : | |
| BATTISTONE, ALFRED FERNINO, | : | |
| and JANE DOE, | : | |
| Defendants | : | OCTOBER 25, 2005 |

**MOTION BY CONSENT FOR ENLARGEMENT OF TIME
TO FILE DISPOSITIVE MOTIONS**

The defendants, City of Hartford, Alfred Henderson, Christopher Lyons, Anthony Battistone and Alfred Fernino, respectfully request an enlargement of time of thirty (45) days, to and including December 15, 2005, within which to file dispositive motions, and state that same is for good cause as follows.

For the past two (2) months counsel for the plaintiff and the defendants have been heavily involved in conducting discovery in this matter, including taking and defending multiple depositions. The deposition of the defendant Henderson was scheduled for October 24, 2005 and was postponed at the

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

request of plaintiff's counsel to determine the outcome of the Court's analysis of personnel files submitted for <u>in camera</u> review. As such, the deposition has been rescheduled for November 9, 2005 and necessary time must be given to obtain receipt of defendant Henderson's deposition transcript.

Moreover, counsel for the plaintiff and the defendants have been actively involved in settlement discussions in this matter, and request additional time necessary to settle this matter prior to filing the motion for summary judgment.

Additionally, counsel for the plaintiff has indicated that he will be on trial from November 28 to December 9, 2005.

Counsel for the plaintiff has been contacted concerning this motion and he has no objection to same.

This is the <u>first</u> request by the undersigned defendants, joined by the plaintiff, to enlarge the time within which to file dispositive motions.

WHEREFORE, for the foregoing reasons, these defendants respectfully request that the time for filing dispositive motions be enlarged for the reasons stated herein.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

DEFENDANTS:
CITY OF HARTFORD;
ALFRED HENDERSON;
CHRISTOPHER LYONS;
ANTHONY BATTISTONE;
ALFRED FERNINO

BY: ___________________________

Eric P. Daigle
Fed. Bar No. ct 23486
HALLORAN & SAGE LLP
One Goodwin Square
Hartford, CT 06103
Tele: (860) 522-6103
daigle@halloran-sage.com

CERTIFICATION

This is to certify that on this 25th day of October, 2005, the foregoing was either mailed, postpaid, or hand-delivered to:

David A. Slossberg, Esq.
T. Scott Cowperthwait. Esq.
Hurwitz, Sagarin & Slossberg, LLC.
147 N. Broad Street
P.O. Box 112
Milford, CT 06460-0112

___________________________
Eric P. Daigle

748370.1(HS-FP)