# HALLORAN
# &SAGE LLP
ATTORNEYS AT LAW

FILED

ERIC P. DAIGLE  Direct 860 241-4098  daigle@halloran-sage.com

2005 OCT 26  P 2: 03

U.S. DISTRICT COURT
BRIDGEPORT, CONN

October 24, 2005

**HAND DELIVERY**
The Honorable Janet C. Hall
United States District Judge
United States District Court
915 Lafayette Boulevard
Bridgeport, CT 06604



Re:   Dwayne Basey v. City of Hartford, et al
      Case No. 3:01CV1576 (JCH)
      Our File No. 05645.0607

Dear Judge Hall:

In response to your Ruling Re: Motion to Compel [Dkt. 101], dated October 18, 2005, the defendant, City of Hartford, is hereby submitting documents deemed responsive to the order. In particular, the Court has ordered that the defendant, City of Hartford, deliver to your chambers the personnel files of Henderson, Battistone, Lyons and Fernino. The order also states that if the personnel files do not contain all complaints filed against those officers, as well as actions taken on those complaints, then the Court further orders that such complaints filed against the defendants officers shall also be provided in camera to the Court for its ex parte review.

Responsive to the Court's order, the undersigned counsel explains that there are three (3) documented sections, which are applicable to the Court's order. The first documented section is the personnel records, which we have enclosed. It should and may contain documentation of allegations of any complaints made against the defendant officers.

The second documented section is the disciplinary records in the possession of the Hartford police advocate. A search of that database found no disciplinary profile cards for either defendant Battistone or defendant Lyons. Enclosed please find the disciplinary profile information on Officers Henderson and Fernino.

Based on the Court's order, the undersigned counsel respectfully asks for clarification as to the complaints filed against the defendant officers, more specifically regarding the Internal Affairs Division of the Hartford Police Department. The Court should be aware that these four (4) defendants, three of whom have been retired from the Hartford Police Department for the past three years, had lengthy service with the Hartford Police Department stemming back some twenty plus years. During that time,

The Honorable Janet C. Hall
October 24, 2005
Page 2

the defendant officers could have received complaints made against them to the Internal Affairs Division. The Internal Affairs Division maintains records in the form of books in which each complaint is logged and then assigned a number. As such, the undersigned is requesting guidance from the Court in determining if these records are responsive to the Court's request, and, if so, how many years back will the City of Hartford have to search to comply with the Court's order?

Enclosed please find the Hartford Police Department employee disciplinary profile and supporting documentation for Alfred Fernino; (2) Hartford Police Department employee disciplinary profile for Alfred Henderson; (3) personnel file for Alfred Fernino; (4) personnel file for Chris Lyons; (5) personnel file for Alfred Henderson; and (6) personnel file for Anthony Battistone.

After the Court has had an opportunity to conduct its in camera review of the enclosed documentation, and, if a finding of relevancy is determined by the Court, the City of Hartford requests an opportunity to prepare and submit a Motion for Protective Order limiting the disclosure of these documents in this matter.

Should you require any additional information, please do not hesitate to contact the undersigned.

Respectfully submitted,

Eric P. Daigle

EPD/cmb
Enclosures
cc:  David A. Slossberg, Esq. (w/o enc.)
748308_1.DOC