# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## APPEARANCE

DWAYNE BASEY

V.

                          **CASE NUMBER:**

CITY OF HARTFORD, ET AL                    3:01CV 1576 (JCH)


**To the Clerk of this court and all parties of record:**

    **Enter my appearance as counsel in this case for:**

        The plaintiff


| | |
|---|---|
| November 8, 2005 | _Bn J. Wheel_ |
| **Date** | **Signature** |
| CT26823 | Brian J. Wheelin |
| **Connecticut Federal Bar Number** | **Print Clearly or Type Name** |
| | Hurwitz, Sagarin & Slossberg, LLC |
| (203) 877-8000 | 147 N. Broad Street |
| **Telephone Number** | **Address** |
| (203) 878-9800 | Milford, CT 06460 |
| **Fax Number** | |
| BWheelin@hss-law.com | |
| **E-mail address** | |

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

      Eric Daigle, Esq.
      Halloran & Sage
      One Goodwin Square
      225 ASylum Street
      Hartford, CT 06103

                             _Bn J. W_
                                **Signature**
                               Brian J. Wheelin

**(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)**