UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DWAYNE BASEY | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:01CV1576 (JCH) |
| | : | |
| | : | |
| VS. | : | |
| | : | |
| CITY OF HARTFORD, | : | |
| ALFRED HENDERSON, | : | |
| CHRISTOPHER LYONS, ANTHONY | : | |
| BATTISTONE, ALFRED FERNINO, | : | |
| and JANE DOE, | : | |
| Defendants | : | NOVEMBER 10, 2005 |

## MOTION BY CONSENT REQUESTING COURT'S APPROVAL OF STIPULATION TO PROTECTIVE ORDER

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, the undersigned defendants, Alfred Henderson, Christopher Lyons, Anthony Battistone, Alfred Fernino and the City of Hartford, respectfully request this Court to approve the Stipulation to Protective Order, entered into by the plaintiff and the undersigned defendants, concerning the use of information, documents and materials *inter alia* relating to, and contained in the files of the Hartford Police Department, and its officers' personnel files, including the named defendants

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

herein, as set forth more fully in a copy of the Stipulation attached hereto as

**Exhibit A**.

WHEREFORE, for the reasons stated in the attached Stipulation, it is

respectfully submitted by all relevant parties that this Court enter a protective

order in accordance with the Stipulation submitted herewith.

> DEFENDANTS:
> CITY OF HARTFORD;
> ALFRED HENDERSON;
> CHRISTOPHER LYONS;
> ANTHONY BATTISTONE;
> ALFRED FERNINO
>
> BY _____
> Eric P. Daigle
> Fed. Bar No. ct 23486
> HALLORAN & SAGE LLP
> One Goodwin Square
> Hartford, CT  06103
> Tele: (860) 522-6103
> daigle@halloran-sage.com

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

This is to certify that on this 10th day of November, 2005, the foregoing was either mailed, postpaid, or hand-delivered to:

David A. Slossberg, Esq.
Brian J. Wheelin, Esq.
Hurwitz, Sagarin & Slossberg, LLC.
147 N. Broad Street
P.O. Box 112
Milford, CT 06460-0112

Eric P. Daigle

754588 1(HS-FP)

- 3 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No 26105