UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DWAYNE BASEY             :    CIVIL ACTION NO.
     Plaintiff          :    3:01CV1576 (JCH)
                    :
                    :

VS.                     :

CITY OF HARTFORD,       :
ALFRED HENDERSON,       :
CHRISTOPHER LYONS, ANTHONY   :
BATTISTONE, ALFRED FERNINO,  :
and JANE DOE,           :
     Defendants        :    NOVEMBER 8, 2005

## STIPULATION TO PROTECTIVE ORDER

PURSUANT TO RULE 26(c) OF THE FEDERAL RULES OF CIVIL PROCEDURE, the plaintiff and the undersigned defendants, including their respective counsel (the "parties"), hereby stipulate that the procedures set forth below shall govern the use of information, documents and materials to be produced in pretrial discovery in the present action in accordance with this Court's (Judge Janet C. Hall) Ruling re: Motion to Compel (Doc. #110), dated November 1, 2005.

1. Pursuant to this Stipulation, the information, documents and materials may be designated "Confidential" and, once so designated, shall not be otherwise disclosed to persons not parties to this action, except as otherwise provided herein, including, but not limited to, the following:

a.     Information, documents and materials relating to Hartford Police Department citizen complaints, in their entirety, or portions thereof, disciplinary actions, internal investigative files, departmental proceedings, and officer personnel files, personal and financial data and information of the defendants and other police personnel, as well as witness statements and investigative files, including criminal and arrest records of persons not part of this litigation.

2.     Confidential documents and materials may be disclosed or shown only to the following persons:

a.     Parties;

b.     Counsel for the parties and those regular employees of such counsel or properly retained copying services who are assisting in the conduct of this action;

c.     Experts considered or disclosed by counsel of record, who have been retained in connection with this lawsuit;

d.     The Court before which this action is pending;

e.     Any court reporter present in his or her official capacity at any hearing, deposition or other proceeding in this action.

f.     Any other person upon order of the Court or upon stipulation of the parties.

3.     Confidential information, documents or materials shall be used or disclosed solely for the purpose of assisting counsel in connection with this litigation <u>only</u>, and for no other purpose or litigation.

4.     Prior to the disclosure of any confidential information, documents or materials to any permitted person identified herein, counsel for the party making the disclosure shall deliver a copy of this Stipulation to said person and shall explain its terms to said person, and obtain that person's consent in writing to comply with its terms to protect the confidentiality of what is so disclosed.

5.     If, in connection with the filing of any pleading, motions, memoranda or other document with the Court, confidential information, documents or materials are to be included in any papers or pleadings to be filed with the Court, counsel shall file with such confidential documents a notice that such confidential documents are subject to this Stipulation.  Any confidential documents or information contained in such a filing shall be filed in a sealed envelope bearing a label which contains the case caption, docket number, the title of the papers being filed, and the statement: "Confidential - - Subject to Stipulation dated November 8, 2005  Filed under seal pursuant to Local Rule 7(f) of the United States District Court for the District of Connecticut."

6.     If any confidential information, documents or materials are disclosed to any person, other than in the manner authorized by this Stipulation,

the party responsible for the disclosure shall, upon discovery of the disclosure, conduct a diligent and prompt investigation of the circumstances of the disclosure; make reasonable efforts to prevent further disclosure; and promptly inform counsel of record herein of all facts pertinent to the disclosure.

7.    During the pendency of this action, any party objecting to the designation, as "Confidential" of any information, documents or materials may, after making a good faith effort to resolve any such objection, move on reasonable notice for an order vacating the designation.  While such motion is pending, the information, documents or materials in question shall be treated as Confidential pursuant to this Stipulation until the Court acts upon the motion so filed.  The provisions of this paragraph are not intended to, in any way, shift the burden of establishing confidentiality.

8.    Nothing in this Stipulation shall be construed to waive or prejudice the right of any party to object to the production or admission of any information, documents or materials in this action, including for use at any hearing or trial. Similarly, nothing in this Stipulation shall be construed to waive, or prejudice, the right of any party to offer into evidence any information, document(s) or materials at any hearing or trial.

9.    Upon final termination of this action, each party and counsel shall immediately retrieve and return all confidential documents and materials,

including all copies within the party's control or the control of those to whom the party has properly distributed any such documents, to the undersigned defendants' counsel, and will execute an affidavit to that effect that all information, documents and materials have been returned and no copies have been retained.

THE PLAINTIFF,
DWAYNE BASEY

THE DEFENDANT,
CITY OF HARTFORD
ALFRED HENDERSON;
CHRISTOPHER LYONS;
ANTHONY BATTISTONE;
ALFRED FERNINO

By _____
David A. Slossberg CT13116
Brian J. Wheelin CT26823
Hurwitz Sagarin & Slossberg, LLC
Fed. Bar. #ct13116
147 North Broad Street
P. O. Box 112
Milford, CT  06460-0112
dslossberg@hss-law.com

By _____
Eric P. Daigle
HALLORAN & SAGE  LLP
Fed. Bar #ct23484
One Goodwin Square
225 Asylum Street
Hartford, CT  06103
(860) 522-6103
daigle@halloran-sage.com

754348 1(HS-FP)