UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Dwayne Basey

V.                                Case Number: 3:01cv1576JCH

City of Hartford, et al

NOTICE TO COUNSEL
--------------------

The above-entitled case was reported to the Court on 11/21/05 to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on December 21, 2005 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at Bridgeport, Connecticut, November 29, 2005.


KEVIN F. ROWE, CLERK

By:   /s/Catherine Boroskey   _____
      Catherine Boroskey
      Deputy Clerk