UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DWAYNE BASEY,<br>     Plaintiff,<br><br>vs.<br><br>CITY OF HARTFORD, ALFRED HENDERSON, CHRISTOPHER LYONS, ANTHONY BATTISTONE, ALFRED FERNINO, and JANE DOE,<br>    Defendants. | CIVIL ACTION NO.<br>3:01CV1576(JCH)<br><br><br><br><br><br><br><br>December 7, 2005 |

**AFFIDAVIT OF BRIAN J. WHEELIN IN SUPPORT OF THE APPLICATION FOR THE AWARDING OF COSTS FOR SERVICES RENDERED**

I, Brian J. Wheelin, being duly sworn, hereby depose and say:

1.    I am over the age of eighteen years and understand the obligations of an oath.

2.    I am an associate at the law firm of Hurwitz, Sagarin & Slossberg, which was appointed to represent Plaintiff.

3.    Hurwitz, Sagarin & Slossberg has incurred the following expenses as a result of this litigation:

- $2,141.47 – Court reporter fees;
- $486.91 – Investigation costs in attempting to locate Defendant Alfred Fernino;
- $473.60 – State marshal fees;
- $263.31 – Westlaw research charges;
- $256.35 – Obtaining the medical reports and criminal history of Plaintiff;
- $184.34 – Travel expenses;
- $140.40 – PACER expenses;
- $93.60 – Photocopies; and
- $30.80 – Federal Express expenses

4.  Plaintiff's counsel has not recouped any of these expenses.

_____
Brian J. Wheelin

Subscribed and sworn to before me,
this     day of December, 2005.

_____
Commissioner of the Superior Court
~~Notary Public~~