UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DWAYNE BASEY<br>　　　Plaintiff | CIVIL ACTION NO.<br>3:01CV1576 (JCH) |
| VS. | |
| CITY OF HARTFORD,<br>ALFRED HENDERSON,<br>CHRISTOPHER LYONS, ANTHONY<br>BATTISTONE, ALFRED FERNINO,<br>and JANE DOE,<br>　　　Defendants | DECEMBER 9, 2005 |

## STIPULATION TO DISMISS

The parties hereto stipulate and agree that this action may be dismissed with prejudice, and without costs or attorneys' fees being awarded to any of these named parties, and that judgment enter accordingly.

PLAINTIFF:
DWAYNE BASEY

BY: _____
Brian J. Wheelin, Esq.
Fed. Bar #ct26823
Hurwitz, Sagarin & Slossberg, LLC
147 North Broad Street
P.O. Box 112
Milford, CT 06460-0112
Tele: (203) 877-8000
bwheelin@hss-law.com

DEFENDANTS:
CITY OF HARTFORD;
ALFRED HENDERSON;
CHRISTOPHER LYONS;
ANTHONY BATTISTONE;
ALFRED FERNINO

BY: _____
Eric P. Daigle
Fed. Bar No. ct 23486
HALLORAN & SAGE LLP
One Goodwin Square
Hartford, CT 06103
Tele: (860) 522-6103
daigle@halloran-sage.com

## CERTIFICATION

This is to certify that on this 13th day of December, 2005, the foregoing was either mailed, postpaid, or hand-delivered to:

David A. Slossberg, Esq.
Brian J. Wheelin, Esq.
Hurwitz, Sagarin & Slossberg, LLC
147 N. Broad Street
P.O. Box 112
Milford, CT 06460-0112

_____
Eric P. Daigle